UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN KACHALSKY, CHRISTINA NIKOLOV and SECOND AMENDMENT FOUNDATION, INC.,

Plaintiff,

-v-

SUSAN CACACE, JEFFREY A. COHEN and COUNTY OF WESTCHESTER,

Defendant.

Case No. _____

**Rule 7.1 Statement**

10 CIV 05413

JUDGE SEIBEL

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ALAN KACHALSKY, CHRISTINA NIKOLOV and SECOND AMENDMENT FOUNDATION, INC.    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: July 14, 2010

Signature of Attorney

Attorney Bar Code: VG3697

Form Rule7_1.pdf  SDNY Web 10/2007