# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Alan Kachalsky, et al,   Plaintiff,

- against -

Susan Cacase, et al.,   Defendant.

10 cv 05413 (CS)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Vincent Gelardi a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Alan Gura |
| Firm Name: | Gura & Possessky, PLLC |
| Address: | 101 N. Columbus Street, Suite 405 |
| City/State/Zip: | Alexandria, VA 22314 |
| Phone Number: | (703) 835-9085 |
| Fax Number: | (703) 997-7665 |

Alan Gura is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against Alan Gura in any State or Federal court.

Dated: 7/19/2010
City, State: Rye Brook, New York

Respectfully submitted,

| | |
|---|---|
| Sponsor's SDNY Bar | VG3697 |
| Firm Name: | Gelardi & Randazzo LLP |
| Address: | 800 Westchester Avenue, Suite S-608 |
| City/State/Zip: | Rye Brook, New York 10573 |
| Phone Number: | (914) 251-0603 |
| Fax Number: | (914) 253-0909 |

SDNY Form Web 10/2006