SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

ALAN KACHALSKY, CHRISTINA NIKOLOV, and SECOND AMENDMENT FOUNDATION, INC.,

        Plaintiffs,

- against -

SUSAN CACACE, JEFFREY A. COHEN, and COUNTY OF WESTCHESTER,

        Defendants.

10 cv 05413 (CS)

AFFIDAVIT OF
VINCENT GELARDI
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York  )
                       ) ss:
County of New York  )

VINCENT GELARDI, being duly sworn, hereby deposes and says as follows:

1. I am local counsel for Gura & Possessky, PLLC, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit ALAN GURA as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in June 1, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known ALAN GURA, ESQ. since July 1, 2010.

4. ALAN GURA is the attorney who briefed and argued the cases of D.C. v HELLER (128 S.Ct. 2783, 171 L.Ed.2d 637, 76 USLW 4631) and McDonald v. City of Chicago (561 U.S. ___) before the Supreme Court of the United States

5. I I have found MR. GURA to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of ALAN GURA, pro hac vice.

7. I respectfully submit a proposed order granting the admission of ALAN GURA, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit ALAN GURA, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: JULY 20, 2010
City, State: Rye Brook, NY
Notarized: _____

ALAN KACHALSKY
Notary Public, State of New York
No. 02KA5042219
Qualified in Westchester County
Commission Expires April 17, 2011

Respectfully submitted,

_____
Name of Movant: VINCENT GELARDI
SDNY Bar Code: VG3697

SDNY Form Web 10/2006



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *ALAN GURA*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that Alan Gura was on the 1st day of December 1995 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 12th day of July, 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Nicole Benavidez*
*Deputy Clerk*

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

ALAN GURA

was admitted to practice as an attorney and counsellor at the bar of this Court on November 4, 2004.

I further certify that so far as the records of this office are concerned, ALAN GURA is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 12th day of July

A.D. 2010

By: _____
Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

ALAN GURA

was on the   6TH   day of   JANUARY, 1997, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 16, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
Deputy Clerk