UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alan Kachalsky, et al.,   Plaintiff,

10 cv 05413   (CS)

- against -

Susan Cacase, et al.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Vincent Gelardi   attorney for Alan Kachalsky, Christina Nikolov, SAF

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alan Gura |
| Firm Name: | Gura & Possessky, PLLC |
| Address: | 101 N. Columbus Street, Suite 405 |
| City/State/Zip: | Alexandria, VA 22314 |
| Telephone/Fax: | (703) 835-9085 |
| Email Address: | 703.997.7665 |

USDC SDNY
DOCUMENT
ELECTRONICALLY
FILED

is admitted to practice pro hac vice as counsel for Alan Kachalsky, Christina Nikolov, SAF in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/22/10
City, State: White Plains, NY

*Cathy Seibel*
United States District/~~Magistrate~~ Judge