UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALAN KACHALSKY, CHRISTINA NIKOLOV,
and SECOND AMENDMENT FOUNDATION, Inc
                       Plaintiffs,      : Civil Action No.: 10-CV-5413
   -against-                               : (CS)

SUSAN CACACE, JEFFREY A. COHEN, and
COUNTY OF WESTCHESTER
                       Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that defendants Susan Cacace and Jeffrey A. Cohen, (hereinafter "State Defendants") do hereby appear by the undersigned, whose address and telephone number are as set forth below. This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated: New York, New York
        August 6, 2010

                                    ANDREW M. CUOMO
                                    Attorney General of the State of New York
                                    Attorney for State Defendants

                                    By: _____
                                    ANTHONY J. TOMARI(AT-0186)
                                    Assistant Attorney General
                                    120 Broadway
                                    New York, NY 10271
                                    (212) 416-8553

To: Alan Gura, Esq
GURA & POSSESSKY, PLLC
<u>Attorneys for Plaintiffs</u>
101 N. Columbus Street, Suite 405
Alexandria, Virginia 22314
T- (703) 835-9085
F- (703) 997-7665

Melissa-Jean Rotini, Esq.
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
<u>Attorneys for Defendant County of Westchester</u>
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601
T: 914-995-3630
F: 914-995-3132