UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ALAN KACHALSKY, CHRISTINA NIKOLOV, and
SECOND AMENDMENT FOUNDATION, INC.,

                              Plaintiffs,

v.

SUSAN CACACE, JEFFREY A. COHEN, and
COUNTY OF WESTCHESTER,

                              Defendants.

-----------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

10 CV 05413 (CS) (GAY)

**ECF Case**

      PLEASE TAKE NOTICE that Melissa-Jean Rotini, Assistant County Attorney, of counsel to Westchester County Attorney Robert F. Meehan, hereby appears as counsel of record on behalf of Defendant COUNTY OF WESTCHESTER.

Dated: August 18, 2010
       White Plains, New York

                                               ROBERT F. MEEHAN
                                               Westchester County Attorney

                                               _/s/ Melissa-Jean Rotini_
                                               By: Melissa-Jean Rotini (MR-4948)
                                               Assistant County Attorney, of Counsel
                                               148 Martine Avenue
                                               White Plains, New York 10601
                                               Phone: 914-995-3630
                                               Fax: 914-995-3132
                                               Email: mjr1@westchestergov.com

To:  Vincent Gelardi, Esq.
       Gelardi & Randazzo, LLP
       800 Westchester Avenue, Suite S-608
       Rye Brook, NY 10573

       Alan Gura, Esq.
       Gura & Possessky, PLLC
       101 North Columbus Street, Suite 405
       Alexandria, VA 22314

Anthony J. Tomari, Esq.
Office of the Attorney General
120 Broadway, 24th Floor
New York, NY 10271