10/13/10

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

**ANDREW M. CUOMO**
ATTORNEY GENERAL

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

WRITER'S DIRECT DIAL (212) 416-8553

October 8, 2010

**By Facsimile Transmission - (914) 390-4278**

Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

MEMO ENDORSE[D]

Application granted.

SO ORDERED,
_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 10/8/10

Re:   Alan Kachalsky, et al. v., Susan Cacace, et al.
      10 CV 5413 (CS)

Dear Judge Seibel:

This office represents individual defendants Susan Cacace and Jeffrey A. Cohen, both of whom are New York State court judges ("the State Defendants"). This letter is submitted pursuant to your Individual Practices 1 (A) and (E) to request a revision to the briefing schedule as set by this Court in its Minute Entry of September 10, 2010. The State Defendants request until Friday, November 5, 2010 to serve their motion to dismiss[1]. In addition, plaintiffs request a concomitant extension to the same date on which to be able to serve a proposed amended complaint. Plaintiffs will then have until Monday, November 15, 2010 to file their opposition to the motions to dismiss and to file their motion for summary judgment. Thereafter, the parties will abide by the briefing schedule as set forth in the September 10, 2010 Minute Entry, to wit: all defendants will serve their reply to plaintiffs' opposition to the motions to dismiss and their oppositions to the motion for summary judgment on Monday, December 13, 2010. Plaintiffs will thereafter serve their reply to the summary judgment oppositions, and all parties will file all motion papers, in a bundle, on Friday, January 7, 2010. For ease of scheduling, Defendant County of Westchester will also abide by this revised schedule.

---

[1] Defendant County of Westchester is separately represented and is filing its own motion to dismiss.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.US

This is the first request to revise the briefing schedule, and all the parties consent to this proposed revision. Thank you for your attention to this matter. All parties will receive a copy of this letter simultaneously by facsimile transmission.

Very truly yours,

Anthony J. Tomari
Assistant Attorney General

Copy:
Melissa-Jean Rotini, Esq.
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
<u>Attorneys for Defendant County of Westchester</u>
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601
T: 914-995-3630
F: 914-995-3132

Vincent Gelardi
Gelardi & Randazzo
<u>Attorneys For Plaintiffs</u>
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
T: (914)-251-9603
F: 914-253-0909

Alan Gura, Esq.
Gura & Possessky, PLLC
<u>Attorneys for Plaintiff</u>
101 N. Columbus Street, Suite 405
Alexandria, Virginia 22314
T: (703) 835-9085
F: (703) 997-7665

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO

# FACSIMILE TRANSMISSION

**DATE:** October 8, 2010    **NUMBER OF PAGES:** 3   (INCLUDING THIS PAGE)

**TO:**   Hon. Judge Seibel          **FAX NO:** (914) 390-4278

Melissa-Jean Rotini, Esq.                                                    (914) 995-3132
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
<u>Attorneys for Defendant County of Westchester</u>

Vincent Gelardi                                                                     (914) 253-0909
Gelardi & Randazzo
<u>Attorneys For Plaintiffs</u>

Alan Gura, Esq.                                                                     (703) 997-7665
Gura & Possessky, PLLC
<u>Attorneys for Plaintiff</u>

**FROM:** Anthony Tomari, Assistant Attorney General

**ATTN: proposed revised briefing schedule**

*IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT*
**NAME:** Anthony J. Tomari, Assistant Attorney General
**PHONE NO.**(212) 416-8553   **FAX NO.** (212-) 416-6075   **E-Mail:** Anthony.Tomari@oag.state.ny.us

**CONFIDENTIAL**

The information contained in this facsimile is privileged and confidential Information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU.
120 BROADWAY, NEW YORK, NY 10271-0332*

OAG 007 (12/98)