UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Alan Kachalsky, Christina Nikolov, and　　　　:
Second Amendment Foundation,　　　　　　　:　　Civil Action Number:
　　　　　　　　　　　　　　　　　　　　　　:　　10-cv-5413
　　　　　　　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:　　(Hon. Cathy Seibel)
-against-　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
Susan Cacace, Jeffrey A. Cohen, and　　　　　:　　**NOTICE OF APPEARANCE**
County of Westchester,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　:
-------------------------------------------------------X

　　　　　PLEASE TAKE NOTICE that defendants THE HON. SUSAN CACACE and THE HON. JEFFREY A. COHEN hereby appear by the undersigned, whose address and telephone number are as set forth below.  This appearance is without prejudice to challenge personal or subject matter jurisdiction in this action or to assert any and all other applicable defenses.

Dated: New York, New York
　　　　November 5, 2010

　　　　　　　　　　　　　　　　　　ANDREW M. CUOMO
　　　　　　　　　　　　　　　　　　Attorney General of the
　　　　　　　　　　　　　　　　　　　State of New York
　　　　　　　　　　　　　　　　　　Attorney for State Defendants
　　　　　　　　　　　　　　　　　　By:
　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　Monica Connell (MC-9841)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　120 Broadway
　　　　　　　　　　　　　　　　　　New York, NY 10271
　　　　　　　　　　　　　　　　　　(212) 416-8965

To:　　Alan Gura, Esq.
　　　　Gura & Possessky, PLLC
　　　　Attorneys for Plaintiff
　　　　101 N. Columbus Street, Suite 405
　　　　Alexandria, Virginia 22314
　　　　T:  (703) 835-9085

Melissa-Jean Rotini, Esq.
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
<u>Attorneys for Defendant County of Westchester</u>
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601
T: 914-995-3630
F: 914-995-3132

Vincent Gelardi
Gelardi & Randazzo
<u>Attorneys For Plaintiffs</u>
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
T: (914)-251-9603