# MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

*Application denied*

**ANDREW M. CUOMO**
ATTORNEY GENERAL

**LESLIE G. LEACH**
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

**JUNE DUFFY**
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

WRITER'S DIRECT DIAL (212) 416-8553

November 15, 2010

**By Facsimile Transmission - (914) 390-4278**

**SO ORDERED:**

Cathy Seibel, U.S.D.J.

Dated: 11/16/10

Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Alan Kachalsky, et al. v. , Susan Cacace, et al.
      10 CV 5413 (CS)

Dear Judge Seibel:

This office represents Susan Cacace and Jeffrey A. Cohen, both of whom are New York State court judges, and, in all probability, Judges Albert Lorenzo and Robert K. Holdman, who were added to this case as defendants in the First Amended Complaint, which was ECF filed on November 4, 2010 (collectively the "State Defendants"). This letter is submitted in response to the November 12, 2010, letter from counsel for Plaintiffs proposing a briefing schedule in accordance with this court's endorsement order dated November 5, 2010.

We are mystified by the assertion in plaintiff's letter, that defendants have "unilaterally ignore[d] established deadlines, resist[ed] the Court's subsequent attempt to guide the formation of a schedule, and delay briefing until almost an arbitrary point in the future," and disagree with the implications of those statements. Regardless, the State Defendants request a slight modification of the schedule proposed by plaintiff, consisting of solely allowing a period of four weeks, rather than the three weeks currently provided for State Defendants, to serve their reply to their pending dismissal motion and their opposition to Plaintiffs' summary judgment motion. State Defendants note that the original schedule herein provided four (4) weeks to reply to Plaintiffs' opposition to the motion to dismiss and to oppose Plaintiffs' motion for summary judgment, but that the newly

proposed schedule would shorten that time, and State Defendants request any new schedule allow for the same time as originally ordered by the Court. We also note that the summary judgment motion by Plaintiffs will be pre-answer and pre-discovery. Since summary judgment is an evidence-based motion, plaintiffs' motion will presumably be supported by affidavits/declarations, and under the proposed schedule State Defendants will have only three weeks to develop an evidentiary record in response to plaintiffs' motion. Given the gravity of the issues herein, and that the opposition to the summary judgment motion may require substantial evidentiary submissions, the State Defendants feel four weeks is the minimum time in which it can prepare and serve their papers. State Defendants request that the court "so order" the following schedule, which differs from that contained in Plaintiffs letter, only in allowing four weeks rather than three weeks, for the State Defendants to submit their dismissal reply papers and their summary judgment opposition papers, and would accordingly move the date for Plaintiffs' summary judgment reply back by one week:

December 6, 2010 – Service of State Defendants' supplemental briefs in support of their motions to dismiss, addressing the First Amended Complaint filed on November 4, 2010;

January 5, 2011 – Service of Plaintiffs' opposition to State Defendants motions to dismiss, and service of Plaintiffs' motion for summary judgment;

February 2, 2011 – Service of State Defendants' reply papers in support of their motion to dismiss, and service of State Defendants' opposition to Plaintiffs' summary judgment motion;

February 16, 2011 – Service of Plaintiffs' summary judgment reply, with bundling and ECF filing of all motion papers immediately following such service.

Thank you for your attention to this matter. All parties will receive a copy of this letter simultaneously by facsimile transmission.

Very truly yours,

Anthony J. Tomari
Assistant Attorney General

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.US

Copy:
Melissa-Jean Rotini, Esq.
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
Attorneys for Defendant County of Westchester
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601
T: 914-995-3630
F: 914-995-3132

Vincent Gelardi
Gelardi & Randazzo
Attorneys For Plaintiffs
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
T: (914)-251-9603
F: 914-253-0909

Alan Gura, Esq.
Gura & Possessky, PLLC
Attorneys for Plaintiff
101 N. Columbus Street, Suite 405
Alexandria, Virginia 22314
T: (703) 835-9085
F: (703) 997-7665

STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL
### ANDREW M. CUOMO

# FACSIMILE TRANSMISSION

**DATE:** November 15, 2010     **NUMBER OF PAGES:** 4 (INCLUDING THIS PAGE)

**TO:** Hon. Judge Seibel          **FAX NO:** (914) 390-4278

Melissa-Jean Rotini, Esq.                          (914) 995-3132
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
Attorneys for Defendant County of Westchester

Vincent Gelardi                                         (914) 253-0909
Gelardi & Randazzo
Attorneys For Plaintiffs

Alan Gura, Esq.                                         (703) 997-7665
Gura & Possessky, PLLC
Attorneys for Plaintiffs

**FROM:** Anthony Tomari, Assistant Attorney General

**ATTN:**

| IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT |
|---|
| NAME: Anthony J. Tomari, Assistant Attorney General |
| PHONE NO.(212) 416-8553    FAX NO. (212-) 416-6075  E-Mail: Anthony.Tomari@oag.state.ny.us |

### CONFIDENTIAL

The information contained in this facsimile is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,*
*PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU.*
*120 BROADWAY, NEW YORK, NY 10271-0332*

OAG 007 (12/98)