UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC DETMER, JOHNNIE NANCE, ANNA MARCUCCI-NANCE, and SECOND AMENDMENT FOUNDATION, INC.,

                          Plaintiffs,

-against-

SUSAN CACACE, JEFFREY A. COHEN, ALBERT LORENZO, ROBERT K. HOLDMAN, and COUNTY OF WESTCHESTER,

                          Defendants.
------------------------------------------------------------------x

**DECLARATION OF MELISSA-JEAN ROTINI IN RESPONSE TO THE BRADY CENTER'S MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF**

Case No.: 10 CV 05413 (CS)

ECF Case

Melissa-Jean Rotini, pursuant to 28 U.S.C. §1746, declares:

1. I am an Assistant County Attorney in the Office of Robert F. Meehan, Westchester County Attorney, attorney for Defendant County of Westchester (hereinafter referred to as "County") in the above-captioned matter.

2. I submit this Declaration in response to the Amended Motion for Leave to File an *Amicus* Brief made by the Brady Center for the Prevention of Gun Violence ("Brady Center").

3. The Brady Center requested the County's consent to the filing, to which the County advised that "[a]t this time, the County is not taking a position on *amicus* status for any party." (See Exhibit A to the State Defendants' Motion Response, Docketed in this Case as Document No.: 23).

4. The County's position remains unchanged as to the Amended Motion and the County will continue to review such requests as they are received.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
        November 22, 2010

                                                        Melissa-Jean Rotini (MR-4948)
                                                        Assistant County Attorney, of Counsel