AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the   SOUTHERN DISTRICT OF NEW YORK

ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC
DETMER, JOHNNIE NANCE, ANNA MARCUCCI-NANCE
and SECOND AMENDMENT FOUNDATION, INC.                    )
                                                     )

*Plaintiff*                              )
                              )

v.                                      )     Civil Action No.   10-CV-05413-CS

SUSAN CACACE, JEFFREY A. COHEN, ALBERT LORENZO,        )
ROBERT K. HOLDMAN, and COUNTY OF WESTCHESTER,          )

*Defendant*                              )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   **ALBERT LORENZO**
                                      111 Dr. Martin Luther King, Jr. Blvd.
                                      White Plains, NY 10601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gelardi & Randazzo, LLP
                                             800 Westchester Ave., Suite S-608
                                             Rye Brook, NY 10573

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_____
CLERK
*Signature of Clerk or Deputy Clerk*

Date: _____ **11/8/10** _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CIVIL ACTION  NO.
10-CV-05413-CS**

----------------------------------------

ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC
DETMER, JOHNNIE NANCE, ANNA MARCUCCI-
NANCE and SECOND AMENDMENT FOUNDATION,
INC.,

Plaintiffs,

-against-

SUSAN CACACE, JEFFREY A. COHEN, ALBERT
LORENZO, ROBERT K. HOLDMAN, and COUNTY OF
WESTCHESTER,

**AFFIDAVIT OF SERVICE**

Defendants.

----------------------------------------

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER ) ss.:

**ANNMARIE POPOVIC,** being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age. I reside  in Yonkers, New York.

2. In addition to personally serving a copy of the Summons and First Amended Complaint on Lisa Girandola, Secretary, on November 8, 2010, on November 11, 2010, I served a true copy of the Summons and First Amended Complaint, by mailing the same in a sealed envelope, with postage prepaid thereon, marked 'personal and confidential' and bearing no return address, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to:

ALBERT LORENZO
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, NY 10601

ANNMARIE POPOVIC

Sworn to before me this
24th day of November, 2010

Notary Public

SHEILA T. MURPHY
Notary Public, State of New York
No. 4981881
Qualified in Westchester County
Commission Expires 5/20/2011

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   10 CV 05413-CS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Albert L. Lorenzo

was received by me on *(date)*   11/08/2010   .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   Lisa Girandola _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*   Westchester Supreme Court

Honorable Albert L. Lorenzo, as Secretary _____ on *(date)*   11/08/2010 ___ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):*


My fees are $ _____ 20.00 ____ for travel and $ _____ 20.00 ____ for services, for a total of $ _____ 40.00 __ .

I declare under penalty of perjury that this information is true.


Date:   11/24/2010

_____
*Server's Signature*

_____
AnnMarie Popovic
*Printed name and title*

45 Hardy Place
Yonkers, NY 10703

_____
*Server's address*

Additional information regarding attempted service, etc:

Summons and Complaint was left with Lisa Girandola, Secretary to Honorable Albert L. Lorenzo, who was present in Honorable Albert L. Lorenzo's Chambers.  She is a White Female stands 5'6"-5'8" tall, with Brown Hair, Brown Eyes, and is 35-45 years of age.  The time of service was 2:10pm.

UNITED STATES DISTRICT COURT                    **CIVIL ACTION  NO.**
SOUTHERN DISTRICT OF NEW YORK                   **10-CV-05413-CS**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC
DETMER, JOHNNIE NANCE, ANNA MARCUCCI-
NANCE and SECOND AMENDMENT FOUNDATION,
INC.,

                        Plaintiffs,

          -against-

SUSAN CACACE, JEFFREY A. COHEN, ALBERT           **AFFIDAVIT OF SERVICE**
LORENZO, ROBERT K. HOLDMAN, and COUNTY OF
WESTCHESTER,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER ) ss.:

     **ANNMARIE POPOVIC,** being duly sworn, deposes and says:

3.  I am not a party to the action, am over 18 years of age. I reside  in Yonkers, New York.

4.  In addition to personally serving a copy of the Summons and First Amended Complaint
    on Karl Lawless, Court Officer, on November 22, 2010, on November 24, 2010, I served
    a true copy of the Summons and First Amended Complaint, by mailing the same in a
    sealed envelope, with postage prepaid thereon, marked 'personal and confidential' and
    bearing no return address, in a post-office or official depository of the U.S. Postal Service
    within the State of New York, addressed to:

ROBERT K. HOLDMAN
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, NY 10601

                                                    _____
                                                        ANNMARIE POPOVIC

Sworn to before me this
24ᵗʰ day of November, 2010

_____
Notary Public
                    SHEILA T. MURPHY
              Notary Public, State of New York
                    No. 4981881
              Qualified in Westchester County
              Commission Expires  5/20/2011

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.   10 CV 05413-CS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Robert K. Holdman

was received by me on *(date)*   11/08/2010   .

❏  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑  I served the summons on *(name of individual)*   Court Officer Karl Lawless   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Westchester Supreme Court

Honorable Robert K. Holdman   on *(date)*   11/22/2010   ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify)*:


My fees are $   20.00   for travel and $   20.00   for services, for a total of $   40.00   .

I declare under penalty of perjury that this information is true.


Date:   11/24/2010

_____
*Server's signature*

AnnMarie Popovic
*Printed name and title*

45 Hardy Place
Yonkers, NY 10703

_____
*Server's address*

Additional information regarding attempted service, etc:

Summons and Complaint was left with Court Officer Karl Lawless, Badge #7328, who was present in Honorable Robert K. Holdman's Courtroom.  He conferred with Honorable Holdman's Court Clerk, who directed him to accept service on Honorable Holdman's behalf.  He is a White Male, stands 6'0" tall, with Brown Hair, Green Eyes, and is 31 years of age.  The time of service was 3:07pm.