**MEMO ENDORSE...**

*Application granted. The Clerk is to terminate Doc. 24. (Doc. 21 should also be terminated as it is moot in light of the instant application.)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| ALAN KACHALSKY, CHRISTINA NIKOLOV, and SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br>v.<br><br>SUSAN CACACE, JEFFREY A. COHEN, and COUNTY OF WESTCHESTER,<br><br>Defendants. | CASE NO: 10-CV-05413 CS |

So Ordered.
Cathy Seibel
Cathy Seibel, U.S.D.J.
Dated: 12/9/10

### Application of *Amicus Curiae* Brady Center to Prevent Gun Violence to File an Amended Amicus Brief in Support of Defendants' Motion to Dismiss

Through undersigned counsel, the Brady Center to Prevent Gun Violence applies to the Court to file an amended brief as *amicus curiae* in this case for the facts and reasons stated below. The proposed brief is slightly amended from that appended to the previously-filed Application, and is attached hereto as Exhibit A for the convenience of the Court and counsel. The Attorney General of the State of New York consents to the filing of this brief. While Plaintiffs have filed a Response to Motion to File Amicus Brief stating that they had consented to the filing of the brief after Defendants stated they "would extend reciprocal consent," it is Amicus's understanding that Plaintiffs are incorrect, and that in fact Defendants did not "extend reciprocal consent." The County of Westchester does not take any position on the filing of this brief. The Brady Center is serving copies of this application and its exhibit on all counsel today and will file in accordance with the bundling rule in effect in this case.

The Brady Center to Prevent Gun Violence is the nation's largest non-partisan, non-profit