

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

MEMO ENDORSED

January 21, 2011

**By Facsimile Transmission - (914) 390-4278**

Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: Alan Kachalsky, et al. v. Susan Cacace, et al.
10 CV 5413 (CS)

Dear Judge Seibel:

This office represents Susan Cacace, Jeffrey A. Cohen, Albert Lorenzo and Robert K. Holdman, all of whom are New York State court judges (collectively "State Defendants"), in this litigation challenging the constitutionality of New York's handgun licensing statute. This letter is submitted in accordance with your individual practices 1 (A) and (C) to advise the Court that after consideration of Plaintiffs' Motion for Summary Judgment, served on January 5, 2011, the State Defendants intend to cross-move for summary judgment simultaneously with the service of their opposition to plaintiffs' motion for summary judgment.

The briefing schedule now in place does not contemplate a summary judgment motion on behalf of the State Defendants. Accordingly, the State Defendants propose a slight amendment to the current motion briefing schedule to provide for the briefing of that motion. Under the current schedule, the State Defendants are to serve their reply to plaintiffs' opposition to the State Defendants' Motion to Dismiss, as well as the State Defendants' opposition to plaintiffs' motion for summary judgment, on Wednesday January 26, 2011. Plaintiffs are then to serve their reply regarding their motion for summary judgment on February 9, 2011, and immediately thereafter all parties are to make ECF submissions of all motion papers.

120 BROADWAY, NEW YORK N.Y. 10271-0332 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV

Page 2

Under the State Defendants' proposed amendment to the briefing schedule, State Defendants will still serve their motion-to-dismiss reply memorandum and their opposition to plaintiffs' motion for summary judgment, on January 26, 2011, the present date, and on that same date will also serve their papers supporting their cross-motion for summary judgment. Plaintiffs would then have until February 9, the date already in place, to serve their reply in further support of their motion for summary judgment as well as their opposition to State Defendants' cross-motion for summary judgment. Thereafter, in the only change to the current briefing schedule, State Defendants will have two weeks, or until February 23, 2011 to serve their reply memorandum on their cross-motion for summary judgment, immediately following which, all parties will electronically file all their own motion papers. Thus the only alteration to the current schedule would be a two week time period following service of plaintiffs' opposition to allow the State Defendants' to submit their reply memorandum in further support of their cross-motion for summary judgment.

In addition, State Defendants request, pursuant to your individual practice 2 (B)(i), and in accordance with your Order of October 28, 2010, that they be allowed to submit a reply brief in further support of their motion to dismiss of up to fifteen (15) pages in length, and be allowed up to fifty (50) pages for their memorandum of law which will be both in support of their motion for summary judgment, as well as in opposition to plaintiff's motion for summary judgment.

I tried to reach Plaintiffs' counsel today to ascertain their consent but was unable. Defendant County of Westchester consents to all the requests herein.

Thank you for your attention to this matter. All parties will receive a copy of this letter simultaneously by facsimile transmission.

Very truly yours,

Anthony J. Tomari
Assistant Attorney General

*Schedule approved on consent. Reply may be 15 pages. Memorandum in opposition to Plaintiff's MSJ + in support of the State Defendants' MSJ may total 40 pages.*

So Ordered.

Cathy Seibel
Cathy Seibel, U.S.D.J.

Dated: 1/24/11

Copy:
Melissa-Jean Rotini, Esq.
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
<u>Attorneys for Defendant County of Westchester</u>
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601
T: 914-995-3630
F: 914-995-3132

Vincent Gelardi
Gelardi & Randazzo
<u>Attorneys For Plaintiffs</u>
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
T: (914)-251-9603
F: 914-253-0909

Alan Gura, Esq.
Gura & Possessky, PLLC
<u>Attorneys for Plaintiff</u>
101 N. Columbus Street, Suite 405
Alexandria, Virginia 22314
T: (703) 835-9085
F: (703) 997-7665

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ERIC T. SCHNEIDERMAN

# FACSIMILE TRANSMISSION

**DATE:** January 21, 2011  **NUMBER OF PAGES:** 4 (INCLUDING THIS PAGE)

**TO:** Hon. Judge Seibel  **FAX NO:** (914) 390-4278

Melissa-Jean Rotini, Esq.  (914) 995-3132
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
Attorneys for Defendant County of Westchester

Vincent Gelardi  (914) 253-0909
Gelardi & Randazzo
Attorneys For Plaintiffs

Alan Gura, Esq.  (703) 997-7665
Gura & Possessky, PLLC
Attorneys for Plaintiffs

**FROM:** Anthony Tomari, Assistant Attorney General

**ATTN:**

*IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT*
**NAME:** Anthony J. Tomari, Assistant Attorney General
**PHONE NO.**(212) 416-8553   **FAX NO.** (212) 416-6075   **E-Mail:** Anthony.Tomari@oag.state.ny.us

### CONFIDENTIAL

The information contained in this facsimile is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU.
120 BROADWAY, NEW YORK, NY 10271 0332*

OAG 007 (12/98)