UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Alan Kachalsky, Christina Nikolov, and
Second Amendment Foundation,

                Plaintiffs,             **Civil Action Number:**
                                            10-cv-5413

-against-

                                            **(Hon. Cathy Seibel)**

Susan Cacace, Jeffrey A. Cohen, and
the County of Westchester,

                Defendants.
-------------------------------------------------X

## NOTICE OF MOTION TO DISMISS
## THE COMPLAINT

**PLEASE TAKE NOTICE** that, pursuant to the Endorsement Order of this Court dated November 5, 2010, and upon the Memorandum of Law dated November 9, 2010, and the Declaration of Anthony J. Tomari, dated November 9, 2010, the undersigned will move on behalf of Defendants the Honorable Susan Cacace and the Honorable Jeffrey A. Cohen, (hereinafter "State Defendants"), before the Honorable Judge Cathy Seibel in courtroom 218, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, at a date and time to be set by the Court, for an order dismissing this action[1], in its entirety as against the State Defendants, and granting such other and further relief as the Court deems just, proper and appropriate.

---

[1] Pursuant to Order of this Court dated November 5, 2010, the State Defendants were ordered to serve their Motion to Dismiss pertaining to the above-referenced plaintiffs and defendants, despite the fact that a superseding amended complaint was filed on November 4, 2010 which added 3 new plaintiffs and 2 new defendants.

Dated: New York, New York
November 9, 2010

                        ANDREW M. CUOMO
                        Attorney General of the
                          State of New York
                        Attorney for State Defendants
                        By:

                        *[signature]*
                        ANTHONY J. TOMARI (AT-0186)
                        Assistant Attorney General
                        120 Broadway, 24th Floor
                        New York, New York 10271
                        (212) 416-8553

TO:    Alan Gura, Esq
        GURA & POSSESSKY, PLLC
        Attorneys for Plaintiffs
        101 N. Columbus Street, Suite 405
        Alexandria, Virginia 22314
        T- (703) 835-9085
        F- (703) 997-7665

        Vincent Gelardi
        Gelardi & Randazzo
        Attorneys For Plaintiffs
        800 Westchester Avenue, Suite S-608
        Rye Brook, New York 10573
        T: (914)-251-9603
        F: 914-253-0909

        Melissa-Jean Rotini, Esq.
        Assistant County Attorney, Of Counsel
        Westchester County Attorney's Office
        Attorneys for Defendant County of Westchester
        Michaelian Office Building
        148 Martine Avenue, 6th Floor
        White Plains, New York 10601
        T: 914-995-3630
        F: 914-995-3132