IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| ALAN KACHALSKY, et al., | : | Case No. 10-CV-05413-CS |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SUSAN CACACE, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ---------------------------------------------------X | | |

NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that pursuant to the Court's orders, local rules, and Fed. R. Civ. Proc. 56, the undersigned will move on behalf of Plaintiffs, Alan Kachalsky, Christina Nikolov, Eric Detmer, Johnnie Nance, Anna Marcucci-Nance, and Second Amendment Foundation, Inc., before the Honorable Judge Cathy Seibel in courtroom 218, at the United States Courthouse, 300 Quarropas Street, White Plains, New York, 10601, at a time and date set by the Court, for a summary judgment in their favor and against Defendants, and for any other further relief as may be deemed just and appropriate.

The motion will be based upon this notice, the Memorandum of Law dated January 5, any responsive pleadings, the exhibits, declarations, separate statement of undisputed material fact, and any other material in the Court's files or of which the Court may take judicial notice.

Dated: January 5, 2011                               Respectfully submitted,

Alan Gura*                                           Vincent Gelardi
Gura & Possessky, PLLC                               Gelardi & Randazzo
101 N. Columbus Street, Suite 405                    800 Westchester Avenue, Suite S-608
Alexandria, VA 22314                                 Rye Brook, NY 10573
703.835.9085/Fax 703.997.7665                        914.251.0603/Fax 914.253.0909
Lead Counsel                                         Local Counsel
*Admitted Pro Hac Vice


                                    By:  _____
                                         Alan Gura

                                         Attorneys for Plaintiffs