Robert P. Astorino
County Executive

Department of Public Safety

George N. Longworth
Commissioner-Sheriff

September 3, 2010

Honorable Justice
Westchester County Court
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601

Re:  Pistol License Amendment of Eric R. Detmer
     321 Fenimore Road
     Mamaroneck, NY 10543

Dear Honorable Justice:

The above captioned individual has submitted an application to Westchester County to amend his New York State (NYS) Pistol License to allow the category of **FULL CARRY.**

The applicant is currently licensed by Westchester County for the purpose of Target Shooting (#107894). This amendment application is for the following:

1) Delete Target Shooting.
2) Add Full Carry.

A name based criminal background and related database check through the National Instant Criminal Background check system was conducted. No derogatory information was uncovered. In addition, a query of the files of the NYS Department of Mental Hygiene also revealed no derogatory information.

The applicant submitted notarized documentation attesting that 1) he is a Part-Time Federal Law Enforcement Officer with the United States Coast Guard (USCG), and 2) he has been a qualified Boarding Team Member since September 2004, and 3) and while on-duty with the USCG, he carries a .40 caliber pistol as a personal defense weapon, and 4) he works the first weekend of every month and two weeks per year at the beginning of May, as per his agreement, and 5) he turns in his duty firearm at the end of his assignment, and 6) his duties include boarding pleasure and commercial boats, inspecting shore side facilities and interacting with the public, and 7) to maintain his qualification, he completes semi-annual training consisting of a non-firing judgmental pistol course, a firing tactical pistol course, and use-of-force training which ensures he use the pistol safely and properly while on duty, and 8) a full carry firearm permit would allow him to safely provide the same public service of enforcing laws while off duty, if needed.



A New York State Accredited
Law Enforcement Agency

1 Saw Mill River Parkway
Hawthorne, NY 10532           Telephone: (914) 864-7700            Website: westchestergov.com

It appears that the necessary proper cause for the issuance of a firearm license for the purpose of Full Carry <u>has not</u> been met by the applicant. The applicant is employed part time by the United States Department of Homeland Security, United States Coast Guard, as a federal law enforcement officer. It is an armed position; however the applicant's employer requires that he turn in his duty firearm at the end of each work assignment. The applicant's stated need for a firearm during non working hours is to enforce laws while off duty, if needed. This need is speculative as there is no showing by the applicant that he would regularly enforce the federal laws he references while off duty. The applicant has not substantiated that he faces danger during non employment hours that would necessitate the issuance of a full carry firearm license. In addition, we are not aware that other persons who are employed in a similar capacity generally carry a firearm while off duty. The applicant has not demonstrated an exceptional need for self protection distinguishable from that of the general public.

This application is respectfully forwarded with the recommendation of **DISAPPROVAL**.


Sincerely,

DEPARTMENT OF PUBLIC SAFETY
Westchester County Police

Joseph J. Yasinski
First Deputy Commissioner

JJY/fd

Chief Inspector's Endorsement

September 1, 2010

RE:   Pistol License Amendment   **TARGET SHOOTING ADD FULL CARRY**
      Mr. Eric R. Detmer, Pistol License #107894

I have reviewed the attached investigative report and the foregoing comments of Sergeant Bruce Bellom and Lieutenant Frank Donovan. I concur with both of their recommendations.

Forwarded to First Deputy Commissioner Joseph J. Yasinski and recommend **disapproval** of this application amendment to pistol license #107894 to allow the category of **FULL CARRY** for the applicant.

C.I.  *[signature]*
Chief Inspector Roger R. Rokicki
Chief of Administrative Services

RRR/jw