

George N. Longworth
Commissioner-Sheriff

August 11, 2010

Honorable Justice
Westchester County Court
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601

Re: Pistol License amendment of Johnnie Nance
265 North Broadway, #7K
Yonkers, NY 10701

Dear Honorable Justice:

The above captioned individual has submitted an application to Westchester County to amend his New York State (NYS) Pistol License to allow the category of **FULL CARRY.**

The applicant is currently licensed by Westchester County for the purpose of Target Shooting (#104518). This amendment application is for the following:

1) Delete Target Shooting.
2) Add Full Carry.
3) Delete one (1) firearm.
4) Add one (1) firearm.

A name based criminal background and related database check through the National Instant Criminal Background check system was conducted. No derogatory information was uncovered. In addition, a query of the files of the NYS Department of Mental Hygiene also revealed no derogatory information.

The applicant submitted notarized documentation attesting that 1) he is a citizen in good standing in the community with many family and social ties, and 2) he is steadily employed and stable and of good moral character, and 3) he has a desire to become involved in competitive shooting at various ranges, and 4) the NRA has offered to partner with his wife to provide all female classes to women, and 5) he would like to use his NRA Instructor Safety Certifications to promote safe gun handling at various locations and having a full carry permit would facilitate these endeavors.




A New York State Accredited
Law Enforcement Agency

1 Saw Mill River Parkway
Hawthorne, NY 10532      Telephone: (914) 864-7700      Website: westchestergov.com

It appears that the necessary proper cause for the issuance of a firearm license for the purpose of Full Carry <u>has not</u> been met by the applicant. No safety related concerns have been cited by the applicant in support of the license sought. The applicant's current firearm license would appear to cover the sport target shooting related endeavors that he has cited. The applicant has not demonstrated an exceptional need for self protection distinguishable from that of the general public.

This application is respectfully forwarded with the following recommendations:

> The category of **Full Carry** is recommended for **DISAPPROVAL**.
> The addition of one firearm to license is recommended for **APPROVAL**.
> The deletion of one firearm from license is recommended for **APPROVAL**.

Sincerely,

DEPARTMENT OF PUBLIC SAFETY
Westchester County Police

Joseph J. Yasinski
First Deputy Commissioner

JJY/fd



Chief Inspector's Endorsement                                       August 5, 2010

RE:   Pistol License Amendment – **TARGET SHOOTING ADD FULL CARRY ADD ONE FIREARM DELETE ONE FIREARM**
      Mr. Johnnie Nance, Pistol License #104518

I have reviewed the attached investigative report and the foregoing comments of Sergeant Bruce Bellom and Lieutenant Frank Donovan. I concur with both of their recommendations.

Forwarded to First Deputy Commissioner Joseph J. Yasinski and recommend **disapproval** of this application amendment to Pistol License #104518 to add the category of **FULL CARRY** firearm license for the applicant. Recommend **approval** of the addition of one firearm and deletion of one firearm to the license of the applicant.

C.I. *Roger R. Rokicki*
Chief Inspector Roger R. Rokicki
Chief of Administrative Services


RRR/jw