IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| ALAN KACHALSKY, et al., | : | Case No. 10-CV-05413-CS |
| | : | |
| Plaintiffs, | : | DECLARATION OF |
| | : | ALAN KACHALSKY |
| v. | : | |
| | : | |
| SUSAN CACACE, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| ---------------------------------------------------X | | |

## DECLARATION OF ALAN KACHALSKY

I, Alan Kachalsky, am competent to state and declare the following based on my personal knowledge:

1. I reside in Westchester County. I am over 21 years old, of good moral character, have never been convicted of a felony or serious crime, have never been mentally ill or confined to any institution, have never had a firearms license revoked or been the subject of a family court order, and have completed a firearms safety course.

2. I applied for a handgun carry license pursuant to New York Penal Code § 400.00. A true and correct copy of Defendant Susan Cacase's decision denying my application is attached hereto as Exhibit A.

3. I would reapply for a handgun carry license, but I refrain from doing so because in all likelihood I cannot satisfy the "proper cause" standard of Penal Code § 400.00(2)(f).

4.      I would carry a functional handgun in public for self-defense, but refrain from

doing so because I fear arrest, prosecution, fine, and imprisonment for lack of a

license to carry a handgun.

I declare under penalty of perjury that the foregoing is true and correct.

This the $\frac{15}{\quad}$ day of January, 2011.

Alan Kachalsky