UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
Alan Kachalsky, Christina Nikolov, and    :
Second Amendment Foundation,         :
                                     :
              Plaintiffs,          :    **Civil Action Number:**
                                     :    **10-cv-5413**
-against-                      :
                                     :    **(Hon. Cathy Seibel)**
Susan Cacace, Jeffrey A. Cohen, and    :
County of Westchester,            :
                                     :
              Defendants.     :
-------------------------------------------------------X

Philip J. Cook, declares and states as follows, under penalties of perjury:

## I. Credentials

1. My current academic appointment is at Duke University, where I am ITT/Sanford

    Professor of Public Policy, Professor of Economics and Sociology, and Senior Associate

    Dean of the Sanford School of Public Policy. I began my research program on firearms

    violence in 1975, and since then have co-authored scholarly books and articles on a

    variety of related topics, including the economic costs of gun violence, the illicit markets

    for guns, the consequences of weapon choice in robbery and assault, the influence of gun

    availability on gun use in crime, the use of guns in self-defense, and the effectiveness of

    gun control regulations. I have served on expert panels for the National Academy of

    Sciences that dealt with violence prevention, "smart" guns, rampage shootings in schools,

    and injury control. I also served as Consultant to the Enforcement Division of the United

    States Department of Treasury (1999-2000), which at that time included the Bureau of

    Alcohol, Tobacco and Firearms. I was elected fellow of the American Society of

Criminology in 2000, and elected Member of the Institute of Medicine of the National Academies in 2001. A full curriculum vitae is Appendix A of this declaration.

## II. Summary

2. This declaration will present empirical evidence and my expert opinions concerning several issues arising out of this litigation:

   a. Gun violence is a serious public health and safety problem that has social and economic consequences.

   b. The type of weapon used by a perpetrator of violent crime is an important determinant of whether the victim is killed.

   c. Weapon choice by violent offenders is influenced by the availability of firearms and has a direct effect on the criminal homicide rate

   d. The prevalence of firearms does not affect rates of assault, robbery, or rape but has a direct positive effect on the lethality of criminal assault.

   e. Most crime guns are handguns.

   f. Gun carrying away from home contributes directly to the use of guns in violent crime.

   g. Westchester County issues relatively few concealed-carry licenses.

   h. The assertion that a more lenient system for issuing concealed carry permits would result in less crime lacks empirical support and has been discredited by an expert panel of the National Academy of Sciences.

   i. If law enforcement officials were required to issue CCW licenses to all adult applicants without a serious criminal record, a majority of future felony arrestees would qualify to carry concealed handguns in public.

## III. Opinions

## a. Gun Violence is a Serious Public Health and Safety Problem that has Social and Economic Consequences.

3. A great many Americans die by gunfire. The gun deaths from homicide, accident and suicide have totaled close to one million during the last three decades. Firearms play a dominant role in the most serious violent crimes. In 2007, the most recent year for which the National Center for Health Statistics provides data on injury deaths, there were

2

18, 361 criminal homicides, of which 69% were committed with guns. Emergency rooms treated nearly 50,000 nonfatal gunshot injuries from assaults. And there were a total of over 300,000 assaults and robberies in that year in which the perpetrator used a gun.[1]

4. Criminal homicide is not evenly distributed across the population, but highly concentrated among youthful minority males. In 2007, homicide victimization rates were 15 times as high for black men aged 15-34, as for white non-Hispanic men in this age group. Homicide is the leading cause of death for black males age 15-34, and the second-leading cause of death for Hispanic males in this age group.

5. Firearms also pose a particular threat to public officials and law enforcement officers. Fourteen of the 15 direct assaults against Presidents, Presidents-elect, and presidential candidates in United States history were perpetrated with firearms, including the five resulting in death. (The one exception, a failed attack with a hand grenade against President George W. Bush, occurred overseas.)[2] Of the 536 law enforcement officers who were feloniously killed between 2000 and 2009, 490 (91%) were assaulted with a firearm and 73 % of those were with a handgun.[3]

6. I have conducted extensive research on the societal costs of gun violence and the threat of gun violence. The costs of gun violence to society are more evenly distributed across the population than victimization statistics would suggest. I and my colleagues estimated the costs of treating gunshot wounds to be $2 billion per year.[4]

---

1 http://www2.fbi.gov/ucr/cius2009/data/table_19.html accessed January 17, 2011.

2 http://www.fas.org/sgp/crs/misc/RS20821.pdf accessed 1/10/11. Congressional Research Service Report to Congress, "Direct Assaults on Presidents, Presidents-Elect, and Candidates" Jan 7, 2008.

3 http://www2.fbi.gov/ucr/killed/2009/data/table_27.html
4 PJ Cook, B Lawrence, J Ludwig, and T Miller, "The Medical Costs of Gunshot Wounds" Journal of the American Medical Association 282(5), August 4, 1999, 447-454.

7. The threat of being shot causes private citizens and public institutions to undertake a variety of costly measures to reduce this risk. Furthermore, the threat of gun violence is in some neighborhoods an important disamenity, causing residents to be fearful and to take special precautions to protect themselves and their children. That threat depresses property values and puts a drag on economic development. Together with economist Jens Ludwig, I quantified the overall magnitude of these social costs by conducting a contingent-valuation survey that asked individuals what they would be willing to pay to reduce gun violence somewhat in their community. Based on their responses we estimated an overall cost of assault and homicide to be $80 billion in 1995.[5]

## b. The Type of Weapon Used by a Perpetrator of Violent Crime is an Important Determinant of Whether the Victim is Killed.

8. The government has an interest in reducing the number of guns used in violent crime in order to reduce the number of deaths and life-threatening injuries that are produced when guns rather than less deadly weapons are used in crime.

9. Guns are intrinsically more deadly than other weapons that are commonly used in criminal assault, in that they provide a means of inflicting a fatal wound quickly, from a distance, with little personal risk, determination, involvement, or strength required. Gun use in an assault increases the likelihood of death by making it easier to kill. As a result, while only a small fraction (5 percent) of criminal assaults are perpetrated with guns, over two-thirds of fatal assaults (murders and non-negligent homicides) are perpetrated with guns.

---

5. J Ludwig and PJ Cook, "The Benefits of Reducing Gun Violence: Evidence from Contingent-Valuation Survey Data" Journal of Risk and Uncertainty 22(3), 2001: 207-226.

4

10. In two seminal articles, Franklin Zimring provided systematic evidence that the weapon type used in an assault affects the likelihood the victim will be killed.[6] Zimring drew on crime data from Chicago to show that case-fatality rates in gun attacks are a multiple of those in knife attacks, despite the fact that the circumstances are generally quite similar. In serious attacks, he concluded, the difference between whether the victim lived or died was often a matter of chance rather than a difference in intent, and the chances of a fatality were higher with a gun than a knife. Zimring found further confirmation in comparing the case-fatality rates among shootings involving guns of different caliber.[7] He demonstrated that victims were more likely to die in larger-caliber shootings, again suggesting that the intrinsic lethality of the weapon, and not just the assailant's intent, affected the outcome – a result that I have dubbed the "instrumentality effect."[8]

11. Research on the specific crime of robbery provides further confirmation for the instrumentality effect. About half of victims of non-commercial robbery included in the National Crime Victimization Survey ("NCVS") report being physically attacked by the robber (rather than just threatened), and one-fifth require medical treatment. Some victims are seriously wounded or killed. In 2005 the FBI classified 921 murders as robbery-related (6 percent of all murders), implying that on the order of 1 in 1,000 robberies resulted in death that year. Since the most serious potential outcome of a robbery is the victim's death, it is of considerable interest to know what distinguishes

---

6 Zimring, F.E. (1968). "Is gun control likely to reduce violent killings?" University of Chicago Law Review, 35, 21-37; Zimring, F.E. (1972). "The medium is the message: Firearm caliber as a determinant of death from assault." Journal of Legal Studies, 1, 97-124.

7 Id., 1972

8 Cook, P.J. "The Technology of Personal Violence" in Michael Tonry, ed. Crime and Justice:  An Annual Review of Research Vol. 14, University of Chicago Press, 1991.

fatal robberies from the great majority in which the victim survives. One of my studies compared robbery murders (as documented by the FBI's Supplementary Homicide Reports) to non-fatal robberies, finding similar statistical patterns with respect to the characteristics of the offenders.[9] The most prominent *difference* between robbery and robbery murder was with respect to the types of weapons used. About two-thirds of robbery murders are committed with guns, while less than *one*-third of robberies involve guns. Gun robberies are three times more likely to result in the death of the victim than knife robberies, and knife robberies three times more likely to result in death than robberies with other weapons.[10] A regression analysis of changes in robbery-murder rates in 43 cities found a close relationship between the robbery rate and the robbery murder rate, as if the latter were simply a probabilistic byproduct of the former. Every additional 1,000 gun robberies added 4 robbery murders to the city's total, while an additional 1,000 nongun robberies added just one murder.[11] The conclusion is that whether the victim of an assault or robbery dies is not just a reflection of the offender's intentions. The type of weapon used by the offender in an assault or robbery has a causal effect on whether the victim lives or dies. If the weapon used is a loaded firearm, the victim is much more likely to die than if the weapon is a knife or club. If the fraction of assaults or robberies involving guns increases, then the death rate will also increase.

c. **Weapon Choice by Violent Offenders is Influenced by the Availability of Firearms and Has a Direct Effect on the Criminal Homicide Rate.**

---

9 Cook, P.J. (1987) "Robbery Violence." Journal of Criminal Law & Criminology. 78(2), 1987, 366.

10 *Id.*

11 *Id.,* 373. See also William Wells and Julie Horney, Weapon effects and individual intent to do harm; influences on the escalation of violence" Criminology 40(2), May 2002, 265-296.

6

12. The likelihood that a gun will be used in crime is closely linked to the general availability
    of guns, and especially handguns. Currently about one in three households nationwide are
    in possession of at least one firearm, and one in five households are in possession of a
    handgun. The prevalence of gun ownership differs widely across the counties and states,
    and is lower in New York State, and Westchester County in particular, than is true for the
    United States as a whole.

13. On average it is easier for youths and criminals to obtain guns in jurisdictions in which
    gun ownership is common than when gun ownership is relatively rare. The types of
    transactions by which youths and felons obtain guns include thefts from homes and
    vehicles, loans from family members and friends, and off-the-books sales. In a high-
    prevalence area, the informal off-the-books transactions of this sort are easier to arrange
    and may well be cheaper than in markets where gun ownership is relatively rare.[12] That
    is true even though in jurisdictions with low prevalence and relatively tight controls,
    traffickers supply the underground market with guns acquired in other jurisdictions that
    have looser controls.[13]

    **d. The prevalence of firearms does not affect rates of assault, robbery, or rape but has
    a direct positive effect on the lethality of criminal assault.**

14. My research has provided strong evidence that the prevalence of gun ownership is closely
    linked to the likelihood that robbers or assailants will use a gun as opposed to a knife or
    other weapon. In articles published in scientific journals, I and my coauthors have

---

12 Cook, P.J., Ludwig, J., Venkatesh S.A., and Braga, A.A. (2007) "Underground Gun Markets" The Economic
Journal, 117 (524), 588-618.

13 PJ Cook and A Braga, "Comprehensive Firearms Tracing: Strategic and Investigative Uses of New Data on
Firearms Markets" Arizona Law Review 43(2) 2001:277-309.

analyzed the effect of changes in the prevalence of gun ownership in the states or 200

largest counties on several crime-related outcomes.

    i.  In a cross-section analysis of data from a survey of adolescent males, I found that the prevalence of gun ownership has a strong positive relationship to the probability of gun carrying by adolescent males.[14] Thus an increase in gun prevalence is associated with an increase in gun carrying by adolescent males. (Gun prevalence has no effect on the likelihood of carrying a knife or other type of weapon.)

    ii.  In an analysis of Uniform Crime Reports data for the 200 largest counties over 20 years, we found that an increase in the prevalence of gun ownership also increases the percentage of robberies committed with a gun.[15]

    iii.  The prevalence of firearms does not affect rates of assault, robbery, or rape.[16]

15. I conclude that an increase in gun ownership has on balance no deterrent effect on violent crime. Thus the prevalence of firearms does not affect the *volume* of violence, but has a positive effect on the death rate in assault and robbery (e.g., the criminal homicide rate).

16. These results help explain international differences in violence. The rates of assault and robbery in the United States are similar to those in Canada, Western Europe, and Australia. But our criminal homicide rate is far higher. The difference is that firearms are more prevalent and readily available in the United States, and as a result violent offenders in the United States are far more likely to use a firearm. As a result, the death rates in the United States are higher.[17]

---

14 Cook, P.J., and Ludwig, J. "Does Gun Prevalence Affect Teen Gun Carrying After All?" Criminology 42(1), 27-54.

15 Cook, Ludwig and Venkatesh 2007; *and* PJ Cook "The Effect of Gun Availability on Robbery and Robbery Murder: A Cross-Section Study of Fifty Cities" Policy Studies Review Annual, Volume 3, Sage Publications, 1979, pp. 743-781.

16 *Id.,* Cook 1979; *and* PJ Cook and J Ludwig "The Social Costs of Gun Ownership" Journal of Public Economics 90(1-2), January 2006: 379-391

17 Zimring, F.E., & Hawkins, G. (1997). Crime is not the problem: Lethal violence in America. New York: Oxford

### e. Most Crime Guns are Handguns.

17. While only about one third of the firearms in private possession are handguns (pistols or revolvers, as opposed to rifles or shotguns), the vast majority of gun assaults and robberies are perpetrated with handguns. For example, in 2009, 88% of all criminal homicides involving guns were committed with handguns.[18] Over 90% of gun robberies involve handguns. Assailants choose handguns over long guns in part because handguns are smaller and more conveniently carried on the person or in a vehicle and can be readily concealed from law enforcement officers, potential victims, and the public at large. Because handguns pose a particular hazard to public safety, they have traditionally been subjected to more stringent regulation than rifles and shotguns (which are commonly used for hunting and other sporting purposes). For example, the federal Gun Control Act limits sales of handguns by dealers to those age 21 or older, whereas the minimum age for long gun sales is 18. A number of states require that anyone intending to acquire a handgun first obtain a special license or permit from state or local authorities; for seven states, including New York State, that requirement only applies to handguns. Similarly, six states limit the purchase of handguns (but not rifles or shotguns) to one per month.

### f. Gun Carrying Away from Home Contributes Directly to the Use of Guns in Violent Crime.

18. For an offender to use a gun logically requires that the offender is carrying a gun or has ready access to one at the time of the commission of a crime.[19] For that reason the state

---

University Press.
18 FBI, Crime in the United States, 2009: Table 8.

19 Sherman, L. (2000). "Gun carrying and homicide prevention." Journal of the American Medical Association, 283(9), 1193-1195.

has a legitimate interest in the regulation of whether and how guns are carried in public, and by whom.

19. Concern about the criminal use of guns in public has engendered state and local regulations that limit carrying. In many cities, police departments have adopted targeted patrol against illegal gun carrying in an effort to reduce gun misuse.[20]

20. Targeted patrol against illicit gun carrying has been shown to be effective. In 1998, the Pittsburgh Police Department instituted a Firearm Suppression Patrol against illegal carrying. This program involved expansion of patrol activities during high crime periods of the week, in two high crime areas of the city. A careful analysis found that the program, which increased the number of stops of suspicious vehicles and pedestrians, had the effect of reducing gun misuse, including "shots fired" calls and gunshot injuries.[21]

21. All but three states currently ban carrying a concealed firearm or (more commonly) restrict carrying to those who have obtained a license or permit for that purpose. In 33 states the statute requires the relevant authority to issue a license to any applicant who meets certain minimum requirements and pays the required fee; both the requirements and the fee differ among these "shall issue" states. In other states the issuing authority has some discretion in responding to an application. These "may issue" states, including New York State, generally require that the applicant, in addition to meeting minimum requirements and paying a fee, demonstrate a special need to carry a concealed weapon.

---

20 PJ Cook, J Ludwig, SA Venkatesh, and AA Braga "Underground Gun Markets" The Economic Journal, 117 (524) November, 2007: 588-618; Cook, P.J. and Ludwig, J. "The Social Costs of Gun Ownership." Journal of Public Economics 90(1-2), 2006, 379-391; Braga, AA and DL Weisburd Policing Problem Places: Crime Hot Spots and Effective Prevention 2010.

21 Cohen, J., & Ludwig, J. (2003). "Policing gun crimes." In J. Judwig & P.J. Cook (eds), Evaluating gun policy. 217-239. Washington, DC: Brookings Institution Press.

**g. Westchester County Issues Relatively Few CCW licenses.**

22. May-issue jurisdictions tend to issue fewer concealed-carry (CCW) licenses per capita
than shall-issue jurisdictions. In particular, in 2010 Westchester County issued just 139
unlimited permits to carry concealed, and an additional 41 permits for employment-
related carrying, for an overall rate of issuance of 0.2 per 1,000 residents per year. In
2008 and 2009, by comparison, Pennsylvania (a shall-issue state) issued permits to carry
concealed at a rate of 12 per 1,000 residents per year. (In both New York and
Pennsylvania, a permit is valid for five years once issued.) Ohio, another shall-issue
state, issued permits at a rate of 5 per 1,000 residents in 2009.

**h. The Assertion that a More Lenient System for Issuing Concealed Carry Permits
Would Result in Less Crime Lacks Empirical Support and has been Discredited by
an Expert Panel of the National Academy of Sciences.**

23. During the last three decades many states have eased their restrictions on concealed carry,
replacing a "may issue" statute (or outright ban) with a "shall issue" statute. These
changes have had the effect of increasing the number of private citizens who are legally
entitled to carry a conceal firearm. These changes in law and practice provide a sort of
policy "experiment" that has been analyzed by scholars to determine whether it has
affected crime rates or patterns.

24. This research has been conducted by economists, statisticians, and other social scientists.
I have reviewed this research in several published articles.[22] The first prominent study of
the effect of the adoption of "shall issue" laws was by John Lott and David Mustard,

---

22 PJ Cook, MH Moore, and A Braga, "Gun Control" in James Q. Wilson and Joan Petersilia, eds. Crime: Public Policies For Crime Control, ICS Press, Oakland CA., 2002: 291-329; op. cit. Cook and Ludwig 2006.

published in 1997.[23]  They reported that these laws had a net deterrent effect on homicide rates, but actually had the effect of increasing property crime rates.  For the crime of robbery, a crime that typically occurs in public places, their results were mixed.  Since the publication of that article,  John Lott has published revised estimates that purport to demonstrate that shall issue laws have a deterrent effect on both violent and property crime (including robbery).[24]  Other economists and social scientists have reached different conclusions.

25. Based on my reviews of this literature, my conclusion is the same as the conclusion of the expert panel assembled by the National Research Council of the National Academies, the Committee to Improve Research Information and Data on Firearms. "The evidence to date does not adequately indicate either the sign or the magnitude of a causal link between the passage of right-to-carry [shall-issue] laws and crime rates (p. 7)."[25]   In other words, if a state liberalizes its concealed carry law by adopting a "shall issue" provision, there is no scientific consensus for predicting whether the result would  be to increase or reduce the rates of homicide and other crime.  That does not mean that there would be no effect in fact – only that the current state of the science does not support a prediction of what that effect would be.

---

23 Lott, John R., Jr., and David B. Mustard. 1997. "Crime, Deterrence, and Right-to-Carry Concealed Handguns." Journal of Legal Studies 26, 1: 1–68

24 Lott, J. (2000). More guns, less crime (2nd ed.). Chicago: University of Chicago Press.

25 Charles F. Wellford, John V. Pepper, and Carol V. Petrie, editors Firearms and Violence: A Critical Review Washington, DC: National Academies Press, 2005.

26. It is worth emphasizing that this expert committee considered all of the empirical

literature that had been published prior to 2005, and also performed its own analysis of

the data. There have been numerous studies published, some reporting positive results,

and some negative. The conclusion of this panel should be viewed as authoritative in my

judgment. The National Research Council of the National Academies was chartered by

President Wilson during World War I to provide expert advice to the nation. Since then

its committees, including the Committee to Improve Research Information and Data on

Firearms, have been appointed from among the leading scholars in the relevant field who

have no serious conflicts of interest with respect to the topic at hand. (The experts are not

compensated for their service.) The assessment of this neutral group of experts provides

the most trustworthy conclusion possible.

i. **If Law Enforcement Officials Were Required to Issue Concealed Carry Licenses to All Adult Applicants Without a Serious Criminal Record, a Majority of Future Felony Arrestees Would Qualify to Carry Concealed Handguns in Public.**

27. In shall-issue states where authorities are required to issue concealed-carry permits to all

applicants who meet certain minimum conditions, the list of conditions typically includes

a minimum age provision (usually 21) and the list of provisions of the federal Gun

Control Act that limit lawful possession. Those provisions include a prior felony

conviction, a misdemeanor conviction for domestic violence, an involuntary commitment

for mental illness, and a current felony indictment. Of those provisions, the one that is

most consistently documented in computerized databases that are available to law

enforcement authorities in New York State is felony conviction.

28. It is sometimes alleged that most gun crimes are committed by active criminals who can

be readily identified as such. For that reason, it is claimed that issuing concealed-carry

13

permits to applicants who are not identified criminals poses no risk to the public safety. But this claim is false. In particular, the evidence demonstrates that a majority of criminal homicides and other serious crimes are committed by individuals who have not been convicted of a felony.

29. One of the first systematic studies of this subject was conducted using data from Illinois. I, together with two colleagues, found that just 43% of adults arrested for criminal homicide during the 1990s had a felony conviction on their record.[26]

30. Likewise, recent statistics for Westchester County demonstrate that most adults arrested for felony homicide in those counties do not have a prior felony conviction. Over the decade 2000 – 2009, 273 adults were arrested in Westchester County for completed or attempted felony homicide (PL 125), of whom just 111 (41%) had a prior felony conviction. Thus the clear majority of those arrested for felony homicide would have qualified for a concealed-carry permit prior to that arrest *if* the only meaningful condition was the lack of prior felony conviction.

31. I expanded this statistical inquiry to include all adults (age 21 and over) arrested for a felony in Westchester County, and in New York State overall. In 2009, 3,644 individuals were arrested for a felony in Westchester County. Of those, just 1,084 (30%) had a prior felony conviction. One implication is that if Westchester County were required to issue concealed-carry permits to all adult applicants who lacked a felony conviction, then most (70%) of those arrested for a felony in 2009 would have qualified prior to their arrest.

_____

26 PJ Cook, J Ludwig, and A Braga "Criminal Records of Homicide Offenders" Journal of the American Medical Association 294(5), August 3, 2005: 598-601.

14

For all of New York State, just 33% of the 109,705 adults arrested for a felony had a prior felony conviction.

32. These statistics demonstrate that most adults who are arrested for felony homicide would not have been barred from obtaining a permit to carry a concealed firearm prior to that arrest, *if* the only requirements for obtaining a permit were a lack of prior felony conviction (and minimum age). The same conclusion holds for those who are arrested for other felonies.

33. In other words, if the goal is to protect the public against dangerous criminals, then it is not enough to just screen out those with felony convictions. That group constitutes only a minority of future arrestees for serious crimes, including felony homicide.

34. Concealed-carry permit systems in shall-issue states are intended to screen out some other groups besides those with a felony conviction record. Following the federal Gun Control Act requirements for legal gun possession, they typically deny a permit to applicants who are known to have been convicted of misdemeanor domestic violence (or subject to a domestic restraining order), are under indictment for a felony or a fugitive, have been involuntarily committed to a mental institution, are an illegal alien, or are a user of illicit drugs. Unfortunately there are no systematic studies of the prevalence of these disqualifying characteristics among those arrested for serious crime. Furthermore, local officials have only limited access to public records that would identify which applicants have been convicted of domestic violence, or have been involuntarily committed to a private mental institution.

35. In any event, there is good reason to believe that of all the disqualifying conditions, felony conviction is the most common. Statistics from the US Bureau of Justice Statistics

indicate that a felony record is by far the most common characteristic that blocks firearms transfers by firearms dealers when they conduct background checks of buyers.[27]

**j.   Conclusion**

36. I conclude that there is a legitimate public purpose in restricting the issuance of permits to carry concealed firearms, and providing local law enforcement officials with some discretion in this regard.  This public purpose is to reduce the incidence of firearms use in violent crime, and thereby reduce the rate of criminal homicide.  A more lenient permit system that entitles all adults who lack a felony record to obtain a permit would qualify the majority of those who are later arrested for a felony.    It is reasonable to conclude that future felons will have greater access to firearms in a shall-issue regime, than in a may-issue regime.

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 24th, 2011.

*Phip. J Cook*

PHILIP J. COOK

---

27 http://bjs.ojp.usdoj.gov/content/pub/html/bcft/2009/bcft09st.pdf,  Table 4, accessed January 9, 2011.

# Appendix A

April 17, 2009

# PHILIP JACKSON COOK

ITT/Terry Sanford Professor of Public Policy Studies  Telephone: 919 613-7360
Professor of Economics and Sociology                        FAX:  919 681-8288
Terry Sanford Institute of Public Policy
Box 90245
Duke University                                    E-mail: pcook@duke.edu
Durham, NC 27708

Education:

> B.A. (with high distinction) University of Michigan,1968
> Ph.D. (Economics) University of California, Berkeley, 1973

Positions held:

| | |
|---|---|
| 2008-9 | Schelling Visiting Professor of Public Policy, University of Maryland |
| 2003 | Residency, Bellagio Study and Conference Center (September-October) |
| 2000 | Visiting Scholar, Kennedy School of Government, Harvard University |
| 1997-99 | Director, Sanford Institute of Public Policy; Chair, Department of Public Policy Studies |
| 1994- | ITT/Terry Sanford Professor of Public Policy Studies |
| 1992- | Professor of Public Policy Studies, Economics, & Sociology, Duke University |
| 1989-90 | Visiting Professor, Fuqua School of Business, Duke University |
| 1985-89 | Director, Institute of Policy Sciences and Public Affairs, Duke University and Chairman, Department of Public Policy Studies |
| 1984- | Professor of Public Policy and Economics, Duke University |
| 1979-84 | Associate Professor; 1973-79  Assistant Professor, Duke University |
| 1982 | Expert (part time) Office of Policy and Management Analysis, Criminal Division, U.S. Department of Justice |

Fall 1980    Visiting Scholar, Institute for Research in Social Science, University of
             North Carolina, Chapel Hill

Fellowships and Academic Honors:
Raymond Vernon Memorial Prize for best paper in *JPAM*, 2008
Richard A. Stubbing Teacher Mentor Award, 2008
Member, Institute of Medicine, National Academy of Sciences, 2001-
*Who's Who in America 2001and subsequent issues*
Fellow of the American Society of Criminology, 2000-
Vernon Prize for best paper in *Journal of Policy Analysis & Management* (v. 16), 1997
Research Associate, National Bureau of Economic Research 1996-
*Who's Who in Economics* 3rd edition (1996)
Kenneth J. Arrow Award (for best paper published in health economics), 1994
National Science Foundation Fellowship, 1968-1970
Special Career Fellowship (Ford Foundation), 1968-1972
National Merit Scholar, 1964-1968
Sims Award, Economics Department, University of Michigan, 1967
Phi Beta Kappa

Publications

A.  Health and Safety Regulation

 1.  Books and Edited Volumes

> PJ Cook and JW Vaupel, eds. Law and Contemporary Problems, Autumn 1976.  Issue entitled "Valuing Lives: When and How Should Society Spend its Scarce Resources to Decrease Mortality"

> Law and Contemporary Problems, Winter 1988.  Editor for issue entitled "Vice."

> PJ Cook and A Scharff Recommendations Concerning Administration and Rate Structure for Excise Taxation in Romania Distributed by Tax Advisory Program, US Treasury Department, August 1994.

> Paying the Tab: The Economics of Alcohol Policy  Princeton, NJ: Princeton University Press, 2007.
> Chapters 10 and 12 serialized in Milken Economic Review  10(1) First Quarter, 2008)

 2.  Articles

> PJ Cook and D Graham "The Demand for Insurance and Protection: The Case of Irreplaceable Commodities" Quarterly Journal of Economics, February 1977, 143-156. Reprinted in Georges Dionne and Scott Harrington (eds.) Foundations of Insurance Economics Kluwer Academic Press, 1991.

> "The Value of Human Life in the Demand for Safety: Comment" The American Economic Review, September 1978, 710-711.

> "Discussion" (on Martin Bailey's paper on Safety Decisions and Insurance) American Economics Association Papers and Proceedings, May 1978, 300.

> "The Effect of Liquor Taxes on Drinking, Cirrhosis, and Auto Fatalities," in Mark Moore and Dean Gerstein, eds. Alcohol and Public Policy:  Beyond the Shadow of Prohibition, National Academy of Sciences, 1981, 255-285; and in Richard Zeckhauser and Derek Leebaert, eds. What Role for Government? Duke University Press, 1983, 203-220.

> PJ Cook and G Tauchen "The Effect of Liquor Taxes on Heavy Drinking" Bell Journal of Economics, Autumn 1982, 379-390.

> "Alcohol Taxes as a Public Health Measure" British Journal of Addiction, September 1982, 245-250; and in Marcus Grant, Martin Plant, and Alan Williams, eds. Economics and Alcohol, Croom Helm Ltd., 1983.

PJ Cook and G Tauchen, "The Effect of Minimum Drinking Age Legislation on Youthful Auto Fatalities, 1970-77" Journal of Legal Studies 13, January 1984, 169-190. *reprinted in* The Economics of Health Behaviours, John H. Cawley and Donald S. Kenkel, eds., Cheltenham, UK: Edward Elgar Publishing Ltd., 2008.

"Increasing the Federal Alcohol Excise Tax" in Dean Gerstein, ed. Toward the Prevention of Alcohol Problems: Government, Business, and Community Action, National Academy Press, Washington, DC, 1984, 24-32.

"The Economics of Alcohol Consumption and Abuse" in Louis Jolyon West, ed. Alcoholism and Related Problems: Issues for the American Public, Prentice-Hall, 1984, 56-77.

"The Impact of Distilled Spirits Taxes on Consumption, Auto Fatalities and Cirrhosis Mortality" Control Issues in Alcohol Abuse Prevention: Strategies for States and Communities in Harold D. Holder, ed., Advances in Substance Abuse, Suppl: 1, Jai Press, Greenwich, CT, 1987, Pages 159-167.

"Comment" in John D. Graham (ed.) Preventing Automobile Injury: New Findings for Evaluation Research, Dover, MA: Auburn House Publishing Company, 1988, pp. 181-183.

DC Chapman, PJ Cook *et al.* "The Cultural Dimensions of Alcohol Policy Worldwide", Health Affairs, summer 1989, 48-62.

"The Social Costs of Drinking," in The Expert Meeting on the Negative Social Consequences of Alcohol Abuse Norewegian Ministry of Health and Social Affairs, Oslo, Norway, 1991.

PJ Cook and MJ Moore "Taxation of Alcoholic Beverages" in M. Hilton and G. Bloss, eds. Economic Research on the Prevention of Alcohol-Related Problems, NIAAA, NIH Publication No. 93-3513, 1993, 33-58.

PJ Cook and MJ Moore "Economic Perspectives on Reducing Alcohol-Related Violence" in Susan E. Martin, ed. Alcohol and Interpersonal Violence: Fostering Multidisciplinary Perspectives NIH Publication No. 93-3496, 1993, 193-212.

PJ Cook and MJ Moore "Violence Reduction through Restrictions on Alcohol Availability" Alcohol Health & Research World 17(2), 1993, 151-156.

PJ Cook and MJ Moore "Drinking and Schooling" Journal of Health Economics, 12, 1993, 411-429. *reprinted in* The Economics of Health Behaviours, John H. Cawley and Donald S. Kenkel, eds., Cheltenham, UK: Edward Elgar Publishing Ltd., 2008.

P.J. Cook and O-J Skog, "*Alcool, alcoolisme, alcoolisation"* by S. Ledermann" Alcohol Health & Research World 19(1), 1995, 30-32.

4

"Social Costs of Alcohol, Tobacco and Drug Abuse" and "Tax Laws, Alcohol" in J.H. Jaffe, ed. The Encyclopedia of Drugs and Alcohol, New York: Macmillan Publishing Co, 1996.

"Comment" in Brookings Papers on Economic Activity: Microeconomics, 1994 162-166.

PJ Cook and MJ Moore "This Tax's for You" National Tax Journal September 1994, pp. 559-573.

KE Warner, PJ Cook, *et al.* "Criteria for Determining an Optimal Cigarette Tax: the Economists' Perspective" Tobacco Control Winter 1995 4(4), 380-86.

PJ Cook, A Parnell, MJ Moore, D Pagnini. "The Effects of Short-Term Variation in Abortion Funding on Pregnancy Outcomes" Journal of Health Economics 1999 18(2), 241-258. *reprinted in* The Economics of Health Behaviours, John H. Cawley and Donald S. Kenkel, eds., Cheltenham, UK: Edward Elgar Publishing Ltd., 2008.

PJ Cook and MJ Moore, "Alcohol" in AJ Culyer and JP Newhouse, eds. Handbook of Health Economics Vol 1B (New York: North-Holland) 2000, 1629-1673.

PJ Cook and MJ Moore, "Environment and Persistence in Youthful Drinking Patterns" in J Gruber, ed. Risky Behavior Among Youths: An Economic Analysis (Chicago: University of Chicago Press), 2001, 375-437.

PJ Cook and MJ Moore, "The Economics of Alcohol Abuse and Alcohol-Control Policies" Health Affairs 21(2), March/April 2002: 120-133.

"Pricing and Taxation of Alcohol: What is the 'Right' Tax Rate? Comment on *Alcohol: No Ordinary Commodity*" Addiction, 98 (10), October 2003: 1356-7.

PJ Cook, J Ostermann, and FA Sloan "The Net Effect of an Alcohol Tax Increase on Death Rates in Middle Age" American Economic Review 95(2), May 2005: 278-281.

PJ Cook and P Reuter "When is Alcohol Just Another Drug" Addiction 102, June 2007: 1182-88.

PJ Cook and R Hutchinson "Smoke Signals: Adolescent Smoking and School Continuation" in Marina Bianchi (ed.) Advances in Austrian Economics Vol. 10, The Evolution of Consumption: Theories and Practices 2007: 157-188.

C Carpenter and PJ Cook "Cigarette Taxes and Youth Smoking: New Evidence from National, State, & Local Youth Risk Behavior Surveys" Journal of Health Economics 27(2), March 2008: 287-299.

"A Free Lunch" Journal of Drug Policy Analysis 1(1), article 2.

http://www.bepress.com/jdpa/vol1/iss1/art2

Comment on "Explaining change and stasis in alcohol consumption"
17:6 of Addiction Research & Theory Journal 17:6, December 2009.

"Leave the minimum drinking age to the states" in Natasha A. Frost, Joshua D. Freilich,
and Todd R. Clear (eds.) Contemporary Issues in Criminal Justice Policy Belmont, MA:
Wadsworth: 99-106.

3. Editorial

"Increasing the Federal Excise Taxes on Alcoholic Beverages" Journal of Health
Economics 7(1), March 1988, 89-91.

B. Economics of State Lotteries

1. Book

CT Clotfelter and PJ Cook Selling Hope: State Lotteries in America Harvard University
Press, 1989. Paperback edition, 1991.

2. Articles

CT Clotfelter and PJ Cook "Implicit Taxation in Lottery Finance" National Tax Journal,
December, 1987

CT Clotfelter and PJ Cook "Redefining 'Success' in the State Lottery Business" Journal
of Policy Analysis and Management 9(1), Winter 1990, 99-104.

CT Clotfelter and PJ Cook "On the Economics of State Lotteries" Journal of Economic
Perspectives, Fall, 1990, 105-120.
Reprinted (in shorter version) in The Conference Board Economic Times 2(4), April
1991. Reprinted (in revised version) in Samuel H. Baker and Catherine S. Elliott, eds.
Readings in Public Finance 2nd ed., Cincinnati: South-Western College Publishers, 1997,
457-472.

CT Clotfelter and PJ Cook "What Kind of Lottery for North Carolina?" Popular
Government 56(4), Spring 1991, pp. 25-29.

CT Clotfelter and PJ Cook "Lotteries in the Real World", Journal of Risk and Uncertainty
4(3), July 1991, 227-232.

CT Clotfelter and PJ Cook "Lotteries", in Peter Newman, Murray Milgate, and John
Eatwell, eds. The New Palgrave Dictionary of Money and Finance Macmillan Press,
London, 1992.

PJ Cook and CT Clotfelter "The Peculiar Scale Economics of Lotto" American Economic Review, June 1993, 634-643.

CT Clotfelter and PJ Cook "The Gambler's Fallacy in Lottery Play", Management Science, December 1993.

CT Clotfelter, PJ Cook, J Edell, and M Moore, State Lotteries at the Turn of the Century: Report to the National Gambling Impact Study Commission. June 1, 1999.

CT Clotfelter and PJ Cook, "Ends and Means in State Lotteries: The Importance of a Good Cause" in Alan Wolfe and Erik C. Owens, eds. Gambling: Mapping the American Moral Landscape  Waco: Baylor University Press, 2009, 11-38.

3. OpEd. Pieces (with Charles T. Clotfelter)

New York Times, August 20, 1987;
The Atlanta Constitution, February 12, 1989;
The News and Observer (Raleigh), May 27, 1990;
Newsday, July 24, 1990;
San Diego Union, April 1991.
The News & Observer (Raleigh), February 14, 1999
The News & Observer (Raleigh), March 1, 2007

C. Crime and Criminal Justice Policy

1. Monographs

Robbery in the United States, National Institute of Justice, September 1983.

PJ Cook and D Slawson The Costs of Adjudicating Murder Cases in North Carolina Administrative Office of the Courts, Raleigh, NC, 1993.

2. Symposium editor

"Explaining the growth in the prison population" Criminology and Public Policy 8(1), February 2009.

2. Articles

"The Correctional Carrot: The Prospect of Reducing Recidivism through Improved Job Opportunities" Policy Analysis, January 1975, 11-54.
Reprinted in The Economics of Crime, edited by Isaac Ehrlich and Zhiquiang Liu Northampton, MA: Edward Elgar Publishing, Inc., 2006.

"Punishment and Crime: A Critique of Recent Findings on the Preventive Effects of Punishment" Law and Contemporary Problems, Winter 1977, 164-204; and in Ralph Andreano and John Siegfried, eds. The Economics of Crime, John Wiley, 1980, 137-180.

7

"The Clearance Rate as a Measure of Criminal Justice System Effectiveness" Journal of Public Economics 11, 1979, 135-142; and in Egon Bittner and Sheldon L. Messinger, eds. Criminology Review Yearbook, Volume 2, Sage Publications, 1980.

"The Implications of Deterrence and Incapacitation Research for Policy Evaluation" in Cleon Foust and Robert Webster, eds. An Anatomy of Criminal Justice, D.C. Health, Lexington, 1980, 55-77.

"Research in Criminal Deterrence: Laying the Groundwork for the Second Decade" in Norval Morris and Michael Tonry, eds. Crime and Justice: An Annual Review of Research, Volume 2, University of Chicago, 1980, 211-268.

"Costs of Crime" in Sanford H. Kadish, ed. Encyclopedia of Crime and Justice, Macmillan Publishing Company, 1983.

"The Use of Criminal Statutes to Regulate Product Safety: Comment on Wheeler" Journal of Legal Studies, August 1984, 619-622.

PJ Cook and G Zarkin "Crime and the Business Cycle" Journal of Legal Studies, January 1985.

JQ Wilson and PJ Cook "Unemployment and Crime--What is the Connection?" The Public Interest, 79, Spring, 1985, 3-8.

PJ Cook and G Zarkin "Homicide and Economic Conditions" Journal of Quantitative Criminology, March 1986, Vol. 2, No. 1.

"The Demand and Supply of Criminal Opportunities" in Michael Tonry and Norval Morris, eds. Crime and Justice: An Annual Review of Research, Vol. 7, University of Chicago Press, 1986, 1-28.

"Criminal Incapacitation Effects Considered in an Adaptive Choice Framework" in Derek Cornish and Ron Clarke, eds. The Reasoning Criminal, New York: Springer-Verlag, 1986, 202-216.

PJ Cook and JH Laub "The (Surprising) Stability of Youth Crime Rates" Journal of Quantitative Criminology 2 (3) September 1986, 265-278.

"The Economics of Criminal Sanctions" in Martin L. Friedland (ed.) Sanctions and Rewards in the Legal System, University of Toronto Press, 1987.

PJ Cook and JH Laub "Trends in Child Abuse and Juvenile Delinquency" in Francis X. Hartman, ed. From Children to Citizens: The Role of the Juvenile Court, Springer-Verlag, New York, 1987, Vol. II, Chapter 7, pp.109-127.

"Notes on an Accounting Scheme for a Juvenile Correctional System" in Francis X. Hartman (ed.) From Children to Citizens: The Role of the Juvenile Court, Springer-Verlag, New York, 1987, Vol. II, Chapter 19, pp. 362-370.

PJ Cook and J Laub, "The Unprecedented Epidemic in Youth Violence" in Michael Tonry and Mark H. Moore eds., Youth Violence University of Chicago Press, 1998, 101-138.

PJ Cook, "The Epidemic of Youth Gun Violence" Perspectives on Crime and Violence: 1997-1998 Lecture Series (Washington, DC: National Institute of Justice), 1998, 107-125.

"Forward" to BC Welsh, DP Farrington, and LW Sherman (eds.) Costs and Benefits of Preventing Crime (Boulder, CO; Westview Press) 2001.

PJ Cook and JH Laub, "After the Epidemic: Recent Trends in Youth Violence in the United States" in Michael Tonry ed. Crime and Justice: A Review of Research Chicago, University of Chicago Press, 2002: 117-153.

"Meeting the Demand for Expert Advice on Drug Policy" Criminology and Public Policy 2(3), July 2003: 565-570.

"Comment" on "Catching Cheating Teachers" in William G. Gale and Janet Rothenberg Pack, eds., Brookings-Wharton Papers on Urban Affairs 2003 Washington, DC: Brookings Institution Press, 2003: 210-215.

PJ Cook and N Khmilevska, "Cross-National Patterns in Crime Rates" in Michael Tonry and David P. Farrington, eds. Crime and Punishment in Western Countries, 1980-1999 Chicago: University of Chicago Press, 2005: 331-345.

PJ Cook and J Ludwig "Assigning Youths to Minimize Total Harm" in Kenneth A. Dodge, Thomas J. Dishion, and Jennifer E. Lansford (eds.) Deviant Peer Influences in Programs for Youth: Problems and Solutions The Guilford Press, 2006: 67-89.

"Symposium on Deterrence: Editorial Introduction" Criminology & Public Policy 5(3), August     2006: 413-416.

"Crime" in Robert P. Inman, ed. MAKING CITIES WORK: Prospects and Policies for Urban America Princeton University Press, 2009: 297-327.

"Robbery" in Michael Tonry (ed.) Handbook on Crime and Justice Oxford University Press, 2009.

Crime Control in the City: A Research-Based Briefing on Public and Private Measures Cityscape: A Journal of Policy Development and Research 11(1), March, 2009: 53-80.

Potential Savings from Abolition of the Death Penalty in North Carolina <u>American Law and Economics Review</u> 10, 2009: doi: 10.1093/aler/ahp022.

D.  Weapons and Violent Crime
 1. Monographs and Edited Volumes

PJ Cook and D Nagin <u>Does the Weapon Matter?  An Evaluation of a Weapon - Emphasis Policy in the Prosecution of Violent Offenders</u> Institute of Law and Social Research, Washington, DC, 1979.

<u>Annals</u> of the American Academy of Political and Social Science, May 1981.  Issue entitled "Gun Control" (special editor).

PJ Cook and J Ludwig <u>Guns in America: Results of a Comprehensive National Survey on Firearms Ownership and Use</u> Washington, D.C.: The Police Foundation, 1997.

<u>Law and Contemporary Problems</u> (special editor) "Kids, Guns, and Public Policy" 59(1): Winter 1996.

PJ Cook and J Ludwig <u>Gun Violence: The Real Costs</u> New York: Oxford University Press, 2000.

J Ludwig and PJ Cook (eds.) <u>Evaluating Gun Policy: Effects on Crime and Violence</u> Washington, DC: Brookings Institution Press, 2003.

2.  Articles

"A Strategic Choice Analysis of Robbery" in Wesley Skogan (ed.) <u>Sample Surveys of the Victims of Crimes</u>, Ballinger, 1976, 173-187.

"Causal Linkages between Gun Control Ordinances and Crime: A Conceptualization and Review of the Literature" <u>Hearings</u> on the Treasury Department's proposed gun regulations, before the Subcommittee on Crime, Committee on the Judiciary, U.S. House of Representatives, 95th Congress, 2nd Session, Appendix 4, May 4 and 18, 1978.

"The Effect of Gun Availability on Robbery and Robbery Murder:  A Cross-Section Study of Fifty Cities" <u>Policy Studies Review Annual</u>, Volume 3, Sage Publications, 1979, pp. 743-781.  Also published in <u>Hearings</u>; see above.

"Reducing Injury and Death Rates in Robbery" <u>Policy Analysis</u>, 6(1) Winter 1980, 21-45.

PJ Cook and J Blose "State Programs for Screening Handgun Buyers" <u>Annals</u> of the American Academy of Political and Social Science, May 1981, 80-91. Reprinted in M. Gittell, ed. <u>State Politics and the New Federalism</u> ( NY: Longman, 1986).

"The Effect of Gun Availability on Violent Crime Patterns," Annals of the American Academy of Political and Social Science, May 1981; and in Federal Regulation of Firearms (A Report prepared by Congressional Research Service for the U.S. Senate Judiciary Committee) USGPO, May 1982; and in Neil Alan Weiner, Margaret A. Zahn and Rita J.Sagi, eds., Violence: Patterns, Causes, Public Policy (San Diego: Harcourt Brace Jovanovich, 1990).

PJ Cook and K Hawley "North Carolina's Pistol Permit Law: An Evaluation" Popular Government, May 1981, 1-6.

"Guns and Crime: the Power of Long Division" Journal of Policy Analysis and Management, Fall 1981, 120-125.

"The 'Saturday Night Special': An Assessment of Alternative Definitions from a Policy Perspective" Journal of Criminal Law and Criminology 72:4, Winter 1981, 1735-1745.

"The Role of Firearms in Violent Crime" in Marvin E. Wolfgang and Neil A. Weiner, eds. Criminal Violence (Sage Publications, 1982), 236-289; also titled "The Influence of Gun Availability on Violent Crime Patterns" in Norval Morris and Michael Tonry, eds. Crime and Justice: An Annual Review of Research, Volume 4, University of Chicago Press, 1983, 49-90.

"The Case of the Missing Victims: Gunshot Woundings in the National Crime Survey" Journal of Quantitative Criminology, March 1985, 91-102.

"Is Robbery Becoming More Violent? An Analysis of Robbery Murder Trends Since 1968" Journal of Criminal Law and Criminology, 76 (2), Summer 1985, 480-489.

"The Relationship Between Victim Resistance and Injury in Noncommercial Robbery" Journal of Legal Studies, XV (1), June 1986, 405-416.

"Robbery Violence" Journal of Criminal Law & Criminology, 70(2), 1987, 357-376. Reprinted in Robert Hornsby and Richard Hobbs (eds.) Gun Violence Ashgate Publishing Ltd. Forthcoming.

"The Technology of Personal Violence" in Michael Tonry, ed. Crime and Justice: An Annual Review of Research Vol. 14, University of Chicago Press, 1991. Reprinted (in part) in Lee Nisbet (ed.) The Gun Control Debate: You Decide 2nd ed. (Chicago: Prometheus Books, 2001).

"Notes on the Availability and Prevalence of Firearms" American Journal of Preventive Medicine 9(3,supp), 1993.

PJ Cook and MH Moore "Gun Control" in James Q. Wilson and Joan Petersilia, eds. Crime (San Francisco: ICS Press, 1995), 267-294.

11

PJ Cook, S Molliconi, and T Cole "Regulating Gun Markets" Journal of Criminal Law & Criminology 86(1), 1995, 59-92.

PJ Cook and T Cole "Editorial: Strategic Thinking About Gun Markets and Violence" Journal of the American Medical Association 275(22), June 12, 1996, 1765-7.

PJ Cook and J Leitzel "Perversity, Futility, Jeopardy: An Economic Analysis of the Attack on Gun Control" Law and Contemporary Problems 59(1): Winter 1996: 91-118.

PJ Cook, J Ludwig, and D Hemenway, "The Gun Debate's New Mythical Number: *How* Many Defensive Uses Per Year" Journal of Policy Analysis and Management 16(3) Summer 1997, 463-9.

PJ Cook and J Leitzel, "Gun Control" New Palgrave Dictionary of Economics and Law, 1998.

J Ludwig, PJ Cook, and TW Smith, "The Gender Gap in Reporting Household Gun Ownership" American Journal of Public Health, v. 88, no. 11, Nov. 1998: 1715-1718.

PJ Cook and MH Moore, "Guns, Gun Control, and Homicide: A Review of Research and Public Policy" in M. Dwayne Smith and Margaret A. Zahn, eds., Homicide: A Sourcebook of Social Research Sage Publications, 1998, 277-296. Also in M. Dwayne Smith and Margaret A. Zahn, eds., Studying and Preventing Homicide: Issues and Challenges, Sage Publications, 1998, 246-273.

PJ Cook and J Ludwig, "Defensive Gun Uses: New Evidence from a National Survey" Journal of Quantitative Criminology 14(2), 1998: 111-131 .

SP Teret, DW Webster, JS Vernick, TW Smith, D Leff, GJ Wintemute, PJ Cook, DF Hawkins, AL Kellermann, SB Sorenson, S DeFrancesco, "Support for New Policies to Regulate Firearms: Results of two national surveys" New England Journal of Medicine 339, Sept. 17, 1998: 813-818.

AL Kellermann and PJ Cook, "Armed and Dangerous: Guns in American Homes" in MA Bellesiles, ed., Lethal Imagination: Violence and Brutality in American History New York University Press, 1999, 425-440.

PJ Cook, B Lawrence, J Ludwig, and T Miller, "The Medical Costs of Gunshot Wounds" Journal of the American Medical Association 282(5), August 4, 1999, 447-454.

J Ludwig and PJ Cook, "Homicide and Suicide Rates Associated with Implementation of the Brady Handgun Violence Prevention Act" Journal of the American Medical Association 284(5), August 2, 2000: 585-591.

J Ludwig and PJ Cook, "The Benefits of Reducing Gun Violence: Evidence from Contingent-Valuation Survey Data" Journal of Risk and Uncertainty 22(3), 2001: 207-226.

PJ Cook, MH Moore, and A Braga, "Gun Control" in James Q. Wilson and Joan Petersilia, eds. Crime: Public Policies For Crime Control, ICS Press, Oakland CA., 2002: 291-329.

PJ Cook and A Braga, "Comprehensive Firearms Tracing: Strategic and Investigative Uses of New Data on Firearms Markets" Arizona Law Review 43(2) 2001:277-309. *Reprinted with minor changes as* "New Law Enforcement Uses for Comprehensive Firearms Trace Data" in Bernard E Harcourt (ed.) Guns, Crime, and Punishment New York: NYU Press, 2003: 163-187.

PJ Cook and JA Leitzel, "'Smart' Guns: A Technological Fix for Regulating the Secondary Gun Market" Contemporary Economic Problems 20(1) January 2002: 38-49.

PJ Cook and J Ludwig, "The Costs of Gun Violence Against Children" The Future of Children 12(2), Summer/Fall 2002: 87-99.

PJ Cook and J Ludwig, "Litigation as Regulation: Firearms" WK Viscusi, ed. Regulation Through Litigation Washington, DC: Brookings Institution Press, 2002: 67-93
AA Braga, PJ Cook, DM Kennedy, and MH Moore "The Illegal Supply of Firearms" in Michael Tonry ed. Crime and Justice: A Review of Research Chicago, University of Chicago Press, 2002: 229-262.

PJ Cook and J Ludwig, "The Effects of Gun Prevalence on Burglary: Deterrence vs Inducement" in J Ludwig and PJ Cook (eds.) Evaluating Gun Policy Washington, DC: Brookings Institution Press, 2003: 74-118.

PJ Cook and J Ludwig, "Pragmatic Gun Policy" in J Ludwig and PJ Cook (eds.) Evaluating Gun Policy Washington, DC: Brookings Institution Press, 2003: 1-37.

PJ Cook and J Ludwig, "The Effects of the Brady Act on Gun Violence" in BE Harcourt (ed.) Guns, Crime, and Punishment in America New York: NYU Press, 2003: 283-298. *reprinted in* Steven D. Levitt and Thomas J. Miles (eds.) Economics of the Criminal Law Edward Elgar Publishing, 2007.

PJ Cook and Jens Ludwig "Fact-Free Gun Policy" University of Pennsylvania Law Review 151(4), April 2003: 1329-1340.

D Azrael, PJ Cook, and M Miller "State and Local Prevalence of Firearms Ownership: Measurement, Structure, and Trends" Journal of Quantitative Criminology 20(1) March 2004: 43-62.

13

PJ Cook and J Ludwig "Does Gun Prevalence Affect Teen Gun Carrying After All?" Criminology 42(1) February 2004: 27-54.

"Youths' Involvement with Guns: Motivation vs. Availability" Archives of Pediatrics & Adolescent Medicine July, 2004: 705.

PJ Cook and J Ludwig "Principles for Effective Gun Policy" Fordham Law Review 73(2), November, 2004: 589-613.

PJ Cook, J Ludwig, and A Braga "Criminal Records of Homicide Offenders" Journal of the American Medical Association 294(5), August 3, 2005: 598-601.

GJ Wintemute, PJ Cook, and M Wright "Risk Factors among Handgun Retailers for Frequent and Disproportionate Sales of Guns Used in Violent and Firearm-Related Crimes" Injury Prevention December, 2005: 357-363.

PJ Cook and J Ludwig "The Social Costs of Gun Ownership" Journal of Public Economics 90(1-2), January 2006: 379-391.

PJ Cook and SB Sorenson "The Gender Gap Among Teen Survey Respondents: Why are Boys more Likely to Report a Gun in the Home than Girls?" Journal of Quantitative Criminology 22(1) March, 2006: 61-76.

PJ Cook and J Ludwig "Aiming for evidence-based gun policy" Journal of Policy Analysis and Management 25(3), Summer 2006: 691-735.

"Use and Control of Firearms" Encyclopedia of Law & Society, Sage Publications, Inc., 2007.

PJ Cook, J Ludwig, SA Venkatesh, and AA Braga "Underground Gun Markets" The Economic Journal, 117 (524) November, 2007: 588-618.

SB Sorenson and PJ Cook "'We've Got a Gun?': Comparing Reports of Adolescents and their Parents about Household Firearms" Journal of Community Psychology 36(1), January 2008: 1-19.

PJ Cook and J Ludwig "Firearms Violence" in Michael Tonry (ed.) Handbook on Crime and Justice Oxford University Press, 2009.

PJ Cook, J Ludwig, and AM Samaha "Gun Control After *Heller*: Threats and Sideshows from a Social Welfare Perspective" UCLA Law Review 56(5), June 2009: 1041-1093.

PJ Cook, W Cukier, and K Krause "The Illicit Firearms Trade in North America" Criminology and Criminal Justice 9(3) 2009: 265-286.

14

3. OpEd Pieces

"Making Handguns Harder to Hide, The Christian Science Monitor, May 29, 1981.

PJ Cook and J Ludwig "Has the Brady Act Been Successful?" The Charlotte Observer August 15, 2000.

PJ Cook and J Ludwig "Toward Smarter Gun Laws" The Christian Science Monitor Feb. 6, 2001.

PJ Cook and J Ludwig "Protecting the Public in Presidential Style" News & Observer June 10, 2001.

PJ Cook and J Ludwig "What did the sniper case teach us? Lessons in Gun Control" News & Observer Nov. 3, 2002, 25A.

PJ Cook and J Ludwig "Will wider availability of guns improve public safety? No" CQ Researcher Oct. 31, 2008.

E. Income Distribution

1. Book

RH Frank and PJ Cook The Winner-Take-All Society (New York: The Free Press, 1995). Named a "Notable Book of the Year, 1995" by the *New York Times Book Review;* named one of the ten Best Business Books of 1995 by *Business Week*; given The Critics' Choice Award 1995-96 by the *San Francisco Review of Books*. Paperback edition (Penguin Books, 1996). Named "One of Ten best books of the year, 1996" by *The China Times*. Portuguese, Korean, Chinese, and Japanese editions.

RH Frank and PJ Cook "Preface to the new edition" The Winner-Take-All Society (London: Virgin Books, Random House, 2010).

2. Article

PJ Cook and RH Frank "The Growing Concentration of Top Students at Elite Schools" in Charles T. Clotfelter and Michael Rothschild, eds. Studies of Supply and Demand in Higher Education (Chicago: University of Chicago Press, 1993).

PJ Cook and RH Frank "The Economic Payoff of Attending an Ivy-League Institution" in Richard Delgado and Jean Stefancic, eds., Critical White Studies: Looking Behind the Mirror Temple University Press, 1997.

RH Frank and PJ Cook "The winner-take-all society" in William Darity, ed., The International Encyclopedia of the Social Sciences, 2nd ed. Gale, 2007.

3. OpEd and Magazine Articles (with Robert Frank)
   *USA Today*, October 9, 1995, p. 13A
   *Washington Post*, November 12, 1995
   *Washington Monthly*, December 1995
   *Chronicle of Higher Education*, January 5, 1996

F. Other topics

"A 'One Line' Proof of the Slutsky Equation" The American Economic Review, March 1972, 139.

PJ Cook and Robert H. Frank "The Effect of Unemployment Dispersion on the Rate of Wage Inflation" Journal of Monetary Economics 1, 1975, 241-249.

PJ Cook and JW Vaupel "What Policy Analysts Do: Three Research Styles" Journal of Policy Analysis and Management, 4 (3) Spring, 1985, 427-8.

PJ Cook and J Ludwig "Weighing the Burden of 'Acting White'; Are there Race Differences in Attitudes Towards Education?" Journal of Policy Analysis and Management 16(2), Spring 1997, 256-278. (Winner of the Vernon Prize for best paper in Volume 16)

PJ Cook and Jens Ludwig "The Burden of 'Acting White:' Do Black Adolescents Disparage Academic Achievement?" in Christopher Jencks and Meredith Phillips (eds.) The Black-White Test Score Gap Brookings Institution Press, Washington DC, 1998: 375-400. Reprinted in Minority status, Oppositional Culture and Academic Engagement John U. Ogbu, Ed. New York: RoutledgeFarmer, forthcoming.

PJ Cook, R MacCoun, C Muschkin, and J Vigdor "The Negative Impacts of Starting Middle School in Sixth Grade" Journal of Policy Analysis and Management Winter 2008, 104-121. (winner of the Raymond Vernon Memorial Prize, 2008)

"Acting White" in William Darity, ed. International Encyclopedia of the Social Sciences, 2nd ed. Gale, 2007.

R MacCoun, PJ Cook, C Muschkin, and J Vigdor "Distinguishing Spurious and Real Peer Effects: Evidence from Artificial Societies, Small-Group Experiments, and Real Schoolyards" Review of Law and Economics 4(3), 2008: 695-714.

Book reviews

Of Jack P. Gibbs, Crime, Punishment, and Deterrence in Contemporary Psychology 21:5, 1976.

Of Kenneth Dolbeare (ed.) Public Policy Evaluation in Policy Analysis, Fall 1977, 604-606.

Of David T. Stanley, Prisoners Among Us in Policy Analysis, Winter 1978, 139-141.

Of John Heineke, Economic Models of Criminal Behavior in Southern Economic Journal, April 1980, 1255-1257 (with Anne Witte).

Of Laurence Ross, Deterring the Drinking Driver in Journal of Health Politics, Policy, and Law, Winter 1983, 958-961; and in Popular Government, Winter 1983, 37-38.

Of Robert H. Frank, Choosing the Right Pond: Human Behavior and the Quest for Status in Journal of Policy Analysis and Management, Fall 1986.

Of Michael D. Laurence, John R. Snortum, and Franklin Zimring. eds., Social Control of the Drinking Driver, in Science, July 29, 1988.

Of Michael Tonry and Norval Morris, eds., Drugs and Crime in Journal of Policy Analysis and Management 10(3), Summer 1991.

Of Mark A.R. Kleiman, Against Excess: Drug Policy for Results; and Franklin E. Zimring and Gordon Hawkins, The Search for Rational Drug Control Policy in Journal of Policy Analysis and Management 11(4), Fall 1992.

Of H. Laurence Ross, Confronting Drunk Driving: Social Policy for Saving Lives in Journal of Health Politics, Policy and Law 18(1) Spring 1993, 235-237.

Of Willard Manning et al, The Costs of Poor Health Habits in Policy Currents 2(4), Nov. 1992.

Of Gary Kleck, Point Blank: Guns and Violence in America in New England Journal of Medicine February 3, 1994.

Of Robert L. Rabin and Stephen D. Sugarman, eds., Smoking Policy: Law Politics and Culture in Science 262, December 10, 1993.

Of Trudy Ann Karlson and Stephen W. Hargarten, Reducing Firearm Injury and Death: A public health sourcebook on guns in New England Journal of Medicine, February 5, 1998.

Of Tyler Cowen, What Price Fame? in Journal of Economic Literature September 2001, 933-935.

Of Felix Gutzwiller and Thomas Steffen, Cost-Benefit Analysis of Heroin Maintenance Treatment in Addiction 2001, v. 96, 1071-2.

Of Robert J. MacCoun and Peter Reuter Drug War Heresies in Journal of Policy Analysis and Management v. 21(2), Spring 2002, 303-306.

Of James B. Jacobs Can Gun Control Work? in Journal of Policy Analysis and Management 23(1), Winter 2004, 198-201.

Of S. Selvanathan and E.A. Selvanathan The Demand for Alcohol, Tobacco, and Marijuana: International Evidence in Addiction 102, 2007: 830.

Of Harold Winter The Economics of Crime: An introduction to rational crime analysis in Journal of Economic Literature v. 47: Sept. 2009.

Unpublished monographs

"The Effect of Legitimate Opportunities on the Probability of Parolee Recidivism," Institute of Policy Sciences and Public Affairs, Duke University, 1973.

"Citizen Cooperation with the Criminal Justice System," Institute of Policy Sciences and Public Affairs, Duke University, 1976.

"A Summary of State Legal Codes Governing Juvenile Delinquency Proceedings" (with Joseph Austin and Richard Levi), Institute of Policy Sciences and Public Affairs, Duke University, 1977.

"Life, Liberty, and the Pursuit of Self Hazardous Behavior" (with James Vaupel), Institute of Policy Sciences and Public Affairs, Duke University, 1978.

"Regulating Handgun Transfers: Current State and Federal Procedures, and an Assessment of the Feasibility and Cost of the Proposed Procedures in the Handgun Crime Control Act of 1979" (with James Blose), Institute of Policy Sciences and Public Affairs, Duke University, 1980.

Selected Research grants

Principal investigator, "Evaluating Policy Options to Increase Citizen Cooperation in Urban Law Enforcement," A Durham Observatory Project, 1975.

Principal investigator, "The Processing of Gun Crimes in D.C. District Court," Institute of Law and Social Research, 1977.

Principal investigator, "Empirical Studies of Robbery and Handgun Control," U.S. Department of Justice.

Principal investigator, "Evaluating Alternative Policy Strategies for Controlling the Distribution of Handguns" (with Mark Moore), Ford Foundation, 1977-79.

Principal investigator, "A Review of the Major Gun Regulation Proposals," Center for the Study and Prevention of Handgun Violence, 1979-80.

Principal investigator, "A Review of Robbery Literature," National Institute of Justice, 1981.

Principal investigator, "Robbery Violence," National Institute of Justice, 1983-85.

Principal investigator, "Vice," The Chicago Resource Center, 1987

Principal investigator, "Costs of the Death Penalty in North Carolina," NC Administrative Office of the Courts, 1991-93.

Principal investigator, "Causes and Effects of Youthful Drinking," National Institute on Alcohol Abuse and Alcoholism, 1992-1994.

Principal investigator, "Markets for Stolen Guns," Harry Frank Guggenheim Foundation, 1993-4.

Principal investigator, "The Costs of Gunshot Wounds," The Joyce Foundation, 1997-99.

Principal investigator, "Community Gun Prevalence and Crime," The Joyce Foundation, 2000-2003.

Investigator Award In Health Policy Research, Robert Wood Johnson Foundation, 2003-4.

Principal Investigator, "evaluations of two programs in Milwaukee designed to reduce serious criminal violence" Joyce Foundation, 2007-2008.

Principal Investigator, "Fiscal Costs of Capital Punishment in NC" Z. Smith Reynolds Foundation, 2007-2008.

Principal Investigator, "An Experimental Evaluation of the Milwaukee Prisoner Re-entry Program" Smith Richardson Foundation, 2008-2011.

Service and Administrative Activities at Duke University

Director of Undergraduate Studies, Institute of Policy Sciences and Public Affairs, 1974-75, 1992.

Director of Graduate Studies, Institute of Policy Sciences and Public Affairs, 1977-79, 1984, and 1994-95.

Chairman, Graduate Curriculum Committee, Institute of Policy Sciences and Public Affairs, 1977-79.

Member, Undergraduate Faculty Council of Arts and Sciences, 1977-78, 1991-93.

Author of an evaluation of undergraduate admission policy, commissioned by the Undergraduate Faculty Council, 1978.

Member, Academic Council, Duke University, 1978-79, 1982-84, 1993-95, 1998-2000 Elected to the Executive Committee of the Academic Council, 1982-83.

Associate Director, Institute of Policy Sciences and Public Affairs, 1979-1985, 2005-.

Pre-Major Advisor, 1981-85.

Member, UFCAS Committee on Admissions, 1984-86.

Member, University Committee on Undergraduate Admissions and Financial Aid, 1986 - 87.

Author of a special report on predicting yields from undergraduate admissions, 1987.

Member, Dean White's Ad Hoc Committee on Undergraduate Internships, 1987.

Member, President's Administrative Oversight Committee, 1987-90.

Chairman, Public Policy Studies Committee on Appointments and Promotion, 1990-93.

Chair, Provost's committee to review Dean Earl Dowell for reappointment, 1992.

Member, Arts and Sciences Committee on Planning and Priorities, 1993-95. Chair, 1994-95.

Member, Dean Search Committee, Fuqua School of Business, 1994.

Chair, PPS Diversity Committee, 1994-95.

Member, Executive Committee of the Graduate School, 1995-96

Member, steering committee, Child and Family Policy initiative, 1999

Member, Dean's Search Committee, Duke Law School, 1999

Member, Planning Committee, Institute for Genome Sciences and Policy, 1999

Chair, Arts & Sciences Council Task Force on the Budget, 2001-2

#### Public and Professional Service

Chairman, Weapons and Violent Crime Workshop, NILECJ, LEAA, U.S. Department of Justice, February 1978.

Presenter, N.C. Governor's Crime Commission, June and September, 1979.

Panel member, National Research Council Study of Alternative Policies Affecting the Prevention of Alcohol Abuse and Alcoholism, 1978-1981.

Member, N.C. Governor's Task Force on Drunken Driving, 1982.

Member, Ad Hoc Workshop on the Future of Criminal Justice Research, U.S. Department of Justice and National Research Council, March 1982.

Testified on alternative gun-control policies before the U.S. Senate Criminal Law Subcommittee, March 4, 1982.

Testified on alcohol tax policy before the Social Security Advisory Council, May 25, 1982.

Participant, Sixty-Sixth American Assembly (Public Policy on Alcohol Problems), Harriman, NY, April 26-29, 1984.

Member, Executive Session on the Juvenile Justice System, Harvard University, 1984-85.

Member, Policy Council of the American Society of Criminology, 1985-86, and 1990-91.

Invited participant, Conference on the Cigarette Excise Tax sponsored by the Harvard Institute for the Study of Smoking Behavior, Washington, DC, April 17, 1985.

Member, "Crime and Violence" working group of the NAS Committee on Basic Research, 1985.

Member, Research Advisory Committee of the U.S. Sentencing Commission, 1986-91 (Chair, 1986).

Associate, Canadian Institute of Advanced Research, 1986.

Member, Board of Advisors, Public Policy Program, College of William & Mary, 1987-1992.

Member, National Academy of Sciences Committee on Law and Justice, 1987-1993.

Treasurer, Association of Public Policy Analysis and Management, 1987-1994.

Testified on the use of alcohol taxation as a public-health measure before the U.S. Senate Committee on Governmental Affairs, September 27, 1988.

Member, Workshop on Health Economics, National Institute of Alcohol Abuse and Alcoholism, September 1988.

Member, National Research Council's Panel on the Understanding and Control of Violent Behavior, 1988-91.

Member, Advisory Board to the Injury Prevention Research Center, University of North Carolina, 1990-.

Witness, "Problems and Prospects for a N.C. Lottery" North Carolina Economic Future Commission, December 5, 1990.

Invited participant, CDC's Forum on Youth Violence in Minority Communities, Atlanta, December 10-12, 1990.

Member, President's Advisory Board of the H. John Heinz III School of Public Policy and Management, Carnegie Mellon University, 1992-96 and subsequently (including 2007).

Consultant, Tax Advisory Program, US Department of Treasury, 1994-95.

Steering Committee, National Consortium on Violence Research, 1995-1997.

Member, Center for Gun Policy Research, Johns Hopkins University, 1995-.

Invited participant, White House Leadership Conference on Youth, Drug Use, and Violence, March 7, 1996.

Invited speaker, U.S. Senate Democratic Policy Council, Wilmington, DE, April 26, 1996.

Member, National Academy of Sciences (IOM) Committee on Injury Prevention and Control, 1997-8.

Member, Advisory Committee to the Harvard Injury Control Research Center, 1998-.

Consultant, US Department of Treasury, Enforcement Division, 1999-2000.

Member, National Academy of Sciences (NRC) Case Studies of School Violence Committee, 2001-2002.

Member, Division Committee for the Behavioral and Social Sciences and Education, National Research Council, 2001-2004.

Member, "Committee to Develop a Strategy to Prevent and Reduce Underage Drinking", Institute of Medicine 2002-3.

Member, Panel on Assessing the Feasibility, Accuracy, and Technical Capability of a National Ballistics Database, The National Academies 2004-5.

Member, *Crime and Justice* editorial board, 2007-1010.

Member, National Research Council Workshop on Understanding Crime Trends, 2007-8

Vice Chair, National Academy of Sciences Committee on Law and Justice, 2006-2009.

Vice President, Association of Public Policy and Management, 2008-2009.

## Refereeing

Associate editor, Law and Contemporary Problems, 1974-78.

Editorial consultant, Journal of Criminal Law and Criminology, 1982-.

Member, Editorial Board, Journal of Policy Analysis and Management, 1986- 2002.

Associate Editor, Criminology, 1987-91.

Occasional refereeing: American Economic Review, Journal of Political Economy, Journal of Public Economics, Economic Inquiry, Journal of Legal Studies, Journal of Law and Economics, New England Journal of Medicine, Journal of the American Medical Association, Criminology and other professional journals.

23