UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC DETMER, JOHNNIE NANCE, ANNA MARCUCCI-NANCE, and SECOND AMENDMENT FOUNDATION, INC.,

                      *Plaintiffs*,

-against-

SUSAN CACACE, JEFFREY A. COHEN, ALBERT LORENZO, ROBERT K. HOLDMAN, and COUNTY OF WESTCHESTER,

                      *Defendants*.

**DECLARATION**

10-CV-05413

Hon. Cathy Seibel

---

James Sherman declares under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the New York State Police, holding the rank of Technical Sergeant. I supervise the Pistol Permit Bureau in the agency's Office of Central Records.

2. The Pistol Permit Bureau is the repository for records concerning various classes of firearms and licenses in New York State. It provides assistance and guidance to persons charged with the responsibility of issuing firearms licenses, and to those seeking and holding pistol/revolver licenses.

3. My office gathers and maintains data regarding firearms licenses. Attached as Exhibit A is a summary of firearms license transactions received by the Pistol Permit Bureau from 1999 through 2009. The first substantive column represents the numbers of permit application that were approved at the county level and forwarded to the Bureau. The "Weapon Transaction" column lists the numbers of transactions, such as the purchase and

3. In my role as a handgun licensing officer, I am presented with a packet of materials, including the application and the applicant's supporting documents; the results of any and all criminal and mental health background checks performed by the Department of Public Safety for Westchester, who, pursuant to Penal Law § 400.00 (4) is charged with investigating an applicant's background and application statements; and the recommendations of the various levels of the Department of Public Safety. The materials I reviewed in connection with Nikolov's application are annexed to the Affirmation of Anthony J. Tomari, sworn to January 25, 2011, submitted in support of the State Defendants' Cross-Motion for Summary Judgment ("Tomari Aff.") as Exhibit "__".

4. After reviewing the materials related to Ms. Nikolov's application, I issued a decision and order denying her application for a full carry pistol license, dated October 2, 2008. A copy of my October 2, 2008 Order and Decision is annexed to the Tomari Aff as Exhibit "__".

5. As my October 2, 2008 Order and Decision makes clear, I denied Ms. Nikolov's application for an unrestricted, full carry pistol permit, because she failed to demonstrate "that she has a special need for self-protection distinguishable from that of the general public".

6. Rendering the October 2, 2008 Decision and Order was my only involvement in this controversy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2011
White Plains, New York

_____
JEFFREY A. COHEN



**Exhibit A to Declaration of James Sherman**

## Ten Year Summary of Firearms License Transactions Received at the New York State Police Pistol Permit Bureau: 1999 – 2009

| Year | Applications Received By PPB* | Weapon Transactions Received** | Amendments Received | Dealer Gunsmith Licenses Received | Dealer Gunsmith Transaction Reports |
|---|---|---|---|---|---|
| 1999 | 10,388 | 215, 897 | 65,632 | 833 | 77,423 |
| 2000 | 11,297 | 158,036 | 70,473 | 827 | 83,303 |
| 2001 | 10,858 | 174,584 | 69,827 | 829 | 90,477 |
| 2002 | 13,416 | 202,831 | 69,606 | 818 | 91,283 |
| 2003 | 11,989 | 275,122 | 68,970 | 791 | 104,168 |
| 2004 | 12,097 | 156,409 | 64,765 | 805 | 108,630 |
| 2005 | 10,589 | 118,555 | 65,636 | 736 | 86,853 |
| 2006 | 11,344 | 241,347 | 67,117 | 733 | 93,168 |
| 2007 | 12,307 | 278,832 | 71,587 | 701 | 107,052 |
| 2008 | 13,325 | 364,458 | 73,130 | 701 | 110,787 |
| 2009 | 18,577 | 254,543 | 93,028 | 705 | 118,314 |

*Only applications approved at the county level are forwarded to and received by the NYSP Pistol Permit Bureau
**This number can be affected by backlogs existing during that specific calendar year

New York City currently has 36,017 pistol/revolver licenses on file

**Exhibit B to Declaration of James Sherman**

# APPLICATIONS RECEIVED BY COUNTY
## 2007

| COUNTY | APPLICATIONS |
|---|---|
| ALBANY | 119 |
| ALLEGANY | 73 |
| BROOME | 204 |
| CATTARAUGUS | 198 |
| CAYUGA | 106 |
| CHAUTAUQUA | 265 |
| CHEMUNG | 106 |
| CHENENGO | 61 |
| CLINTON | 107 |
| COLUMBIA | 105 |
| CORTLAND | 70 |
| DELAWARE | 100 |
| DUTCHESS | 544 |
| ERIE | 961 |
| ESSEX | 91 |
| FRANKLIN | 60 |
| FULTON | 93 |
| GENESEE | 73 |
| GREENE | 54 |
| HAMILTON | 27 |
| HERKIMER | 100 |
| JEFFERSON | 98 |
| LEWIS | 46 |
| LIVINGSTON | 116 |
| MADISON | 77 |
| MONROE | 606 |
| MONTGOMERY | 68 |
| NASSAU | 849 |
| NEW YORK CITY | 2,609 (38,187 Active) |
| NYSP | 75 |
| NIAGARA | 244 |
| ONEIDA | 297 |
| ONONDAGA | 382 |
| ONTARIO | 130 |
| ORANGE | 487 |
| ORLEANS | 48 |
| OSWEGO | 146 |
| OTSEGO | 101 |
| PUTNAM | 199 |
| RENSSELAER | 164 |
| ROCKLAND | 304 |

2

| COUNTY | APPLICATIONS |
|---|---|
| ST. LAWRENCE | 192 |
| SARATOGA | 257 |
| SCHENECTADY | 108 |
| SCHOHARIE | 71 |
| SCHUYLER | 64 |
| SENECA | 38 |
| STEUBEN | 139 |
| SUFFOLK | 1,709 |
| SULLIVAN | 222 |
| TIOGA | 92 |
| TOMPKINS | 67 |
| ULSTER | 321 |
| WARREN | 79 |
| WASHINGTON | 77 |
| WAYNE | 242 |
| WESTCHESTER | 545 |
| WYOMING | 90 |
| YATES | 40 |
|  |  |
| TOTAL | 14,916 |

# APPLICATIONS RECEIVED BY COUNTY
## 2008

| COUNTY | APPLICATIONS |
|---|---|
| ALBANY | 186 |
| ALLEGANY | 109 |
| BROOME | 219 |
| CATTARAUGUS | 277 |
| CAYUGA | 134 |
| CHAUTAUQUA | 271 |
| CHEMUNG | 112 |
| CHENENGO | 93 |
| CLINTON | 109 |
| COLUMBIA | 164 |
| CORTLAND | 83 |
| DELAWARE | 112 |
| DUTCHESS | 606 |
| ERIE | 811 |
| ESSEX | 64 |
| FRANKLIN | 59 |
| FULTON | 83 |
| GENESEE | 76 |
| GREENE | 108 |
| HAMILTON | 34 |
| HERKIMER | 93 |
| JEFFERSON | 195 |
| LEWIS | 85 |
| LIVINGSTON | 108 |
| MADISON | 83 |
| MONROE | 822 |
| MONTGOMERY | 81 |
| NASSAU | 896 |
| NEW YORK CITY | 2,276 (TOTAL ACTIVE – 36,937) |
| NYSP | 78 |
| NIAGARA | 272 |
| ONEIDA | 289 |
| ONONDAGA | 356 |
| ONTARIO | 159 |
| ORANGE | 640 |
| ORLEANS | 76 |
| OSWEGO | 159 |
| OTSEGO | 136 |
| PUTNAM | 197 |
| RENSSELAER | 175 |
| ROCKLAND | 263 |

| COUNTY | APPLICATIONS |
|---|---|
| ST. LAWRENCE | 178 |
| SARATOGA | 282 |
| SCHENECTADY | 179 |
| SCHOHARIE | 54 |
| SCHUYLER | 48 |
| SENECA | 55 |
| STEUBEN | 140 |
| SUFFOLK | 1,518 |
| SULLIVAN | 298 |
| TIOGA | 70 |
| TOMPKINS | 47 |
| ULSTER | 319 |
| WARREN | 120 |
| WASHINGTON | 95 |
| WAYNE | 430 |
| WESTCHESTER | 447 |
| WYOMING | 127 |
| YATES | 45 |
|  |  |
| TOTAL | 13,325 |

# APPLICATIONS RECEIVED BY COUNTY
## 2009

| COUNTY | APPLICATIONS |
|---|---|
| ALBANY | 193 |
| ALLEGANY | 178 |
| BROOME | 421 |
| CATTARAUGUS | 336 |
| CAYUGA | 190 |
| CHAUTAUQUA | 681 |
| CHEMUNG | 202 |
| CHENENGO | 116 |
| CLINTON | 120 |
| COLUMBIA | 215 |
| CORTLAND | 118 |
| DELAWARE | 215 |
| DUTCHESS | 678 |
| ERIE | 713 |
| ESSEX | 64 |
| FRANKLIN | 56 |
| FULTON | 139 |
| GENESEE | 185 |
| GREENE | 189 |
| HAMILTON | 37 |
| HERKIMER | 103 |
| JEFFERSON | 117 |
| LEWIS | 94 |
| LIVINGSTON | 216 |
| MADISON | 115 |
| MONROE | 1,239 |
| MONTGOMERY | 78 |
| NASSAU | 1,093 |
| NEW YORK CITY | 2,071 (TOTAL ACTIVE – 36,017) |
| NYSP | 64 |
| NIAGARA | 382 |
| ONEIDA | 372 |
| ONONDAGA | 643 |
| ONTARIO | 281 |
| ORANGE | 917 |
| ORLEANS | 132 |
| OSWEGO | 300 |
| OTSEGO | 226 |
| PUTNAM | 352 |
| RENSSELAER | 248 |
| ROCKLAND | 410 |

| COUNTY | APPLICATIONS |
|---|---|
| ST. LAWRENCE | 270 |
| SARATOGA | 393 |
| SCHENECTADY | 214 |
| SCHOHARIE | 98 |
| SCHUYLER | 102 |
| SENECA | 73 |
| STEUBEN | 205 |
| SUFFOLK | 1,956 |
| SULLIVAN | 285 |
| TIOGA | 149 |
| TOMPKINS | 115 |
| ULSTER | 374 |
| WARREN | 137 |
| WASHINGTON | 175 |
| WAYNE | 690 |
| WESTCHESTER | 643 |
| WYOMING | 202 |
| YATES | 68 |
|  |  |
| TOTAL | 18,577 (DOES NOT INCLUDE NYC) |