UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Alan Kachalsky, Christina Nikolov, and
Second Amendment Foundation,

                Plaintiffs,

-against-

Susan Cacace, Jeffrey A. Cohen, and
County of Westchester,

                Defendants.
------------------------------------------------X

**Civil Action Number:
10-cv-5413**

**(Hon. Cathy Seibel)**

## DECLARATION OF MARGE COHEN

Marge Cohen, declares and states, under penalties of perjury, as follows:

1. I am a Program Research Specialist in the Office of Justice Research & Performance of the New York State Division of Criminal Justice Services ("DCJS"). In that capacity I am a duly authorized custodian of, and a person authorized by DCJS to certify the authenticity of memoranda, reports, records and data compilations kept by DCJS in the course of its regularly conducted business activities.

2. DCJS electronically maintains records regarding criminal arrests and convictions within New York as well as criminal history, and the records and data regarding criminal arrests, convictions and criminal history data attached hereto are kept by DCJS in the ordinary course of its business. This information is received at the time of the act, transaction, occurrence or event recorded therein or within a reasonable time thereafter, is recorded as a regular practice of DCJS and the state court system, it is a regular practice of DCJS to make and keep such data, and the data is maintained by DCJS in the regular course of the agency's business.

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on January 19, 2011.

*Marge Ole*

## 2009 FELONY ARRESTEES
## 21 YEARS AND OLDER

|                | Total Arrestees | # with Prior Fel Convs | %     |
| -------------- | --------------: | ---------------------: | ----: |
| Oneida         | 1,005           | 394                    | 39.2% |
| Onondaga       | 2,396           | 910                    | 38.0% |
| Westchester    | 3,644           | 1,084                  | 29.7% |
| New York State | 109,705         | 36,461                 | 33.2% |

Source: DCJS, Computerized Criminal History Oracle file as of 12/20/2010.

## PRIOR FELONY CONVICTIONS AMONG PERSONS ARRESTED FOR FELONY PL 125 HOMICIDE BY YEAR AND ARRESTING COUNTY
## 21 YEARS AND OLDER

| Year | | Oneida | Onondaga | Westchester |
|---|---|---|---|---|
| 2000 | Persons Arrested | 6 | 24 | 47 |
| | # with Prior Fel Conv | 2 | 8 | 19 |
| 2001 | Persons Arrested | 7 | 13 | 40 |
| | # with Prior Fel Conv | 1 | 5 | 15 |
| 2002 | Persons Arrested | 10 | 22 | 34 |
| | # with Prior Fel Conv | 4 | 9 | 13 |
| 2003 | Persons Arrested | 11 | 13 | 32 |
| | # with Prior Fel Conv | 3 | 2 | 17 |
| 2004 | Persons Arrested | 9 | 22 | 20 |
| | # with Prior Fel Conv | 4 | 11 | 7 |
| 2005 | Persons Arrested | 10 | 19 | 30 |
| | # with Prior Fel Conv | 6 | 10 | 13 |
| 2006 | Persons Arrested | 12 | 21 | 17 |
| | # with Prior Fel Conv | 5 | 9 | 5 |
| 2007 | Persons Arrested | 13 | 17 | 28 |
| | # with Prior Fel Conv | 4 | 6 | 14 |
| 2008 | Persons Arrested | 11 | 14 | 9 |
| | # with Prior Fel Conv | 6 | 4 | 3 |
| 2009 | Persons Arrested | 5 | 12 | 16 |
| | # with Prior Fel Conv | 2 | 6 | 5 |

Note: Includes all completed and attempted PL 125 felony arrest charges

Source: DCJS, Computerized Criminal History Oracle file as of 12/20/2010.