# S (14)

# DEBATES INFO

| Date | Res Chap | Cal# | Senate# | Assembly# | Page# |
|------|----------|------|---------|-----------|-------|
| 6/2/1987 | | 588 | 3409 | 4832 | 2465-2500 |

**Memo**

36PGS. $9.00

2465

that there are no surprises and the members can
plan accordingly, I propose, Mr. President, that
we take up Senator Volker's bill, Calendar Number
588. Following that, it is hoped that we will
address the cameras in the courtroom bill of
Senator Stafford, and then we will take up the
agency shop bill, Calendar Number 930, by Senator
Trunzo.

May I request at this time that
you call up Calendar Number 588.

THE PRESIDENT: The Secretary will
read.

THE SECRETARY: On page 8,
Calendar Number 588, by Senator Volker, Senate
Bill Number 3409, an act to amend the Penal Law,
in relation to issuance of licenses to have and
carry pistols.

SENATOR VOLKER: Mr. President.
This is a noncontroversial bill that -- a form of
which has been around for some time. It's a bill
that was developed in conjunction with people who
are involved with the sportsmen in this state as
well as people who have pressed for some time

2466

that the issuing of licenses for gun permits in this state has become somewhat ludicrous and have felt that there was -- in some cases, there were violation of rights.

Let me say first of all that as somebody who came from a law enforcement background that I would be the first to admit that in years past I had some misgivings about changing the licensing process.

And I have to tell you that as the years have gone on, and thanks to a bill that was passed in this chamber, which was prompted by the City of New York and certain media people who were convinced that the answer to the criminal justice problem in New York City was to pass a tough gun law. In fact, I remember, Senator Leichter, for some years you pushed a gun amendment. In fact, every time I introduced the death penalty, for years, you were kind enough to introduce an amendment to it that would include gun control and made some very impassioned speeches on the issue of guns; and, finally, the Senate a few years later passed what was touted

2467

to be the toughest gun control bill in the United States of America.

The net result of that, as far as anything I have seen, has been zilch.   There has been no indication that I know of that any more criminals are being captured·    One thing that I think is fascinating -- and as Chairman of Codes I intend, by the way, to pursue this, because it seems to me that there really hasn't been enough study.    I think I know why there hasn't been enough study·    That is that one of the things that has been left unsaid in this whole debate is how many people commit crimes with legal handguns.  How many of the crimes in the city of New York and the city of Buffalo and the various areas of the state are committed with legal handguns?  And the answer is when have you heard that someone was murdered with a legal handgun or when have you heard that someone was held up with a legal handgun?  Almost never.

We are not talking, by the way, in this bill that we're going to give guns to criminals.  Criminals, unfortunately, are able to

2468

get guns, anyways.  What this bill basically does
is, .s it changes the process.  What the bill
would allow is those who possess a clean criminal,
mental and moral record to acquire a license to
carry a pistol without having to demonstrate
so-called proper cause for the issuance of that
license.  It sets up what amounts to a
presumption, instead of the present situation
where the licensees agents have virtual total
control over the issuing of licenses and in
certain areas of this state just don't issue
licenses.

So what we're basically saying
here is we're trying to set up what I think is a
rational licensing provision rather than the
so-called special needs provision that is now
used throughout the State of New York and
enablings the licensing agent, the issuer to
virtually determine not to give a license to
someone that they decide not to, almost without
any reason because they just don't deem the
issuance of that license to be in the best
interests of themselves or the person, or whatever.

2469

What you're doing here is
using the record to determine the balance between
the public good and the individual right.  I
think that many of us who have some law
enforcement background, as I say, who had great
misgivings on this issue, have looked at it over
the years and have really come to a conclusion
that what we were looking at in years past was
something that really wasn't there, and What the
setting up of a rational licensing program -- and
we think that this could be a rational licensing
program -- means to the citizens of this state.

    Unless there is some reason why they
shouldn't have a pistol license,      there is no
reason why they shouldn't get that pistol license.
It doesn't mean that criminals can gets guns.  It
doesn't mean that mentally incompetent people
can get guns.  What it means is that we are
setting up a system that many of us believe makes
a great deal more common sense in the society in
which we live.

                ACTING PRESIDENT FARLEY:   Senator
Leichter.

SENATOR LEICHTER:   Mr. President.
We've debated this general issue of whether guns
are going to be made more available in our
society or whether we're going to restrict the
easy access to guns in many different forms in
relation to many different bills, and I know the
outcome in this house is unfortunately
predetermined.  Fortunately, though, for the
bottom line, I think better judgment is shown by
the other house and by the Governor, and I assume
we'll have the opportunity of debating Senator
Volker's bill over and over again just as we seem
to regurgitate most of the bills that come before
us in this house.

But I think, Senator Volker, there
are some things that have to be said, and I
appreciate the sincerity, and I understand your
ideological beliefs, but I think that we've got
to be more careful with the facts, Senator, and
that's really why I rise and try to deal with the
statement that you made that, well, we haven't
shown that people who have been licensed to carry
guns are the ones who commit crimes.  I think,

2471

Senator, what you fail to address and which is
extremely important is, first of all, all of the
accidents that occur in households where there
are licensed guns, and that occurs over and over
and over again.  And certainly one of the
concerns, it seems to me, that any licensing
authority ought to have and which will be lost
under your bill, is some assessment of the
maturity, the responsibility and the ability of
the person who is licensed to safely possess and
use a handgun.

          So we are not only talking about
crime, which obviously is important, but we're
also talking about public safety.  And time and
time again in this Legislature, appropriately, we
protect people from themselves.  Now, in this
instance, it's not only protecting a person from
himself but it's protecting innocent people who
get shot every day because handguns are lying
around, and that is something that should be of
concern to all of us.  )  I'm afraid in your bill
that some of the restrictions and some of the
safeguards that we have are going to be

2472

eliminated.

But there is another whole area
that in your factual analysis you overlooked, and
that is the number of licensed handguns that are
stolen and then are used in the perpetration of a
crime.  And in fact, just yesterday, I saw a
study that was made by the Legislative committee,
the Assembly committee I think it is on oversight,
where they cited figures that one-third of all
the crimes with handguns are made or occur where
the offender has stolen or possesses a handgun
that has been stolen.  And, here again, by making
handguns more readily and easily accessible and
available in our society, it means inevidentably
that more handguns are going to come into the
hands of criminals; and by loosening your
standards for licensing, it means that people are
going to have handguns who either aren't going to
safeguard them properly or just there's going to
be more handguns available that are going to be
stolen or are going to be used in the commission
of a crime.

Finally, Senator, there are very

2473

compelling statistics that people who try to
protect themselves with handguns -- storekeepers,
for instance -- are more likely to become
victimized and to be injured and to be killed
because they do not know how to use the handgun.
So the idea that in this dangerous society that
it is a safeguard, that it is protection to have
a handgun, is just absolutely wrong, and it's
denied by the statistics.

      In fact, some years ago, the
Police Commissioner of the city of New York came
up and said that their statistics show that in
instances where somebody has tried to protect
themselves with a handgun that -- I forget the
exact odds, but it may have been 2 to 1.  Those
are the odds that the person who's trying to
protect himself with a licensed handgun is more
likely to be injured and even to be killed by the
use of a handgun.

      I think, though, that the
underlying issue here really is whether we want
to have a society where an awful lot of people
are going to have handguns, whether we want to go

back -- maybe we've never left it -- to the

frontier mentality, that everybody is going to

carry a gun and everybody is going to be their

own protector and everybody is going to be their

own vigilante.  I just reject that.

And I think when we take a look at

the bloodletting that occurs in this country, the

high rate of crime so much higher than in western

European countries where the possession of

handguns is strictly limited.  Now, I appreciate

there are a lot of other reasons why the crime

rate in this country and the commission of crimes

with handguns is so much higher than it is in

western European countries; but certainly one

reason is because of the easy access to guns.

And we in the city of New York,

where we have a particularly serious problem,

where not a day goes by that there aren't

shootings that young people who have gotten hold

of guns try to commit crimes or play with guns,

where we have really a battlefield because of the

easy availability of guns, plead with you as has

the Mayor of the City, as has the police

2475

commissioner time and time again. Don't take
away the minimal protection that we now have,
which is licensing. Don't force more guns upon
the people of this state and certainly not upon
the people of the city of New York. We have
enough killings already. Don't increase the
number of people that are going to be killed by
handguns.

ACTING PRESIDENT FARLEY:  Senator
Ruiz.

SENATOR RUIZ:  Mr. President.  I
am in favor of this bill. Coming from New York
City, we realize every day that the criminal
elements has guns. The drug pushers not only
have .38 calibers, .44 magnums, but they have
machine guns of all sorts; and when they are
willing and able, they will use those weapons no
matter who is involved. The only people that are
being victimized right now are the decent working
people, store owners, small business people who
have to go through a whole bunch of red tape
through the police department in order to be able
to get a gun permit.

2476

What happens in the city of New York is that we have no objective standards to decide who gets a gun and who doesn't get a gun. Right now, if you're politically connected, if you have wealth, you can go to the police department and you are issued a gun. But if you are a small store owner, if you have your store in the ghetto, you have been robbed a dozen or a half a dozen times, basically those standards basically will prevent you from getting a gun.

I have tried for two-and-a-half years to try to get a gun permit in the city of New York. I had a real estate business, I had grocery stores, and yet I could not get a permit in the city of New York. Yet I had my stores in neighborhoods where every thug that wanted to rob anybody carried a knife or a gun because these people didn't want to obey the law. To them, carrying a gun is part of their lives. This is what they have to do in order to be in crime, in order to be able to be the bullies in the neighborhood.

But the decent people who want to

be law abiding, that want to go down to Police

Plaza to pick up a gun, then, basically, they

have to come up against this bureaucracy that

says, "Well, we know you are being victimized; we

know you have good reason to have a gun because

you should be able to protect your business; you

should be able to protect yourself; but we aren't

going to give you a gun because we don't want

guns in the street."

So really what is happening

nowadays is that the law and the people that

implement the law are preventing the decent

people, the hard-working people from having

firearms.

We passed legislation, as Senator

Volker said, about three or four years ago making

the penalties for possession of firearms higher

than it ever was.  I asked Senator Volker if he

had the statistics as to what kind of sentences

they were imposing on these people.

Unfortunately, he doesn't have them.  But the

indication that I'm getting is that judges have

been very lenient when they catch people with

2478

fire arms illegally.  They let them go with
suspended sentences; they let them go with,
basically, six or seven month. jail terms, when
we actually had mandated that we wanted stiff
sentences for people that were caught illegally
in the possession of a gun.

So I think that this is just a
start to try to get municipalities, the city of
New York, to set up some objective standards
where a person goes to get a gun and they will
look at this person's petition in a way that
doesn't say, "Well, if you are politically
connected, if you contributed to the party, if
you are a Donald Trump or you're a Botnick that
works for the city of New York, you can get a
pistol permit right away.  But if you are a store
owner or you're a business American that has to
go into dangerous areas, basically you can't get
a pistol permit.

And I say to Senator Leichter, it
doesn't mean that if you get a pistol permit that
the state or the city can not demand that you be
trained in the use of those weapons.  One of the

2479

problems that we have in the city of New York now
is that even if you do get a weapon, they don't
ask you to be trained in the use of that weapon.
You could go buy an automatic pistol, you could
buy a .38 or a .44, and they don't ask, they
don't demand of you that you be trained in the
use of that particular weapon. And this is where
I think, Senator Leichter, we have the problem of
people shooting themselves or shooting somebody
else once they do get a permit, and that is
because we don't request -- in the state or the
city, there's not request that these people be
trained.

So I say to you that if you are
going to have these standards that you are going
to be issuing licenses, let's train the people.
But don't prevent the good people from getting
licenses, because the bad element the criminal
element doesn't care about the law. They are
going to go and they're going to buy the guns.
Because, as Senator Leichter says, pistols,
submachine guns, guns of both types, are easily
available in the city of New York. So if that's

2480

the case, let's go forward now and get the good
element, the hard-working, decent element in our
society to be able to get access to a pistol with
a permit and with proper training so they can
protect their businesses and they can protect
themselves.

SENATOR GOLD: Mr. President.

ACTING PRESIDENT FARLEY: Senator
Gold.

SENATOR GOLD: Mr. President. I
must very respectfully disagree with my
distinguished colleague from the Bronx. First of
all, while I believe that each of us
independently elected have our own rights of
thought and do not necessarily have to do the
bidding of the Mayor, who's also independently
elected, the fact is that the memorandum by the
City on this bill is a very important memorandum.
It's a very important memorandum.

And I find it distressing that
once or twice a month or a few times each session
this house becomes divided by those who feel for
the poor sportsman and the poor average citizen

who doesn't have an arsenal in his house and
those of us who are very, very concerned, just as
you are, with safety throughout the state and
particularly within the city of New York.

Now, we can all develop our own
bumper stickers:>. Some say, "People don't kill;
guns kill." Some say, "Guns don't kill; people
kill." And I don't know how you want to look at
it, but the fact of the matter is that the
proliferation of firearms within an area such as
the city of New York must, not be healthy for the
people who live in the city.

And, Senator Ruiz, that people get
hurt because they don't have any training, let me
tell you something. There is nothing in this
bill that gives the training. So what we are
doing is, we're taking a situation where right
now, according to Senator Ruiz, we have people
obtaining gun permits who are untrained. And
this bill will only proliferate it. This bill
will only create more people who are untrained,
carrying guns.

Now, if Senator Ruiz is correct,

then let's take the first step.  Let's get a
training program into place, and then we can talk
about doing something about the licensing.

In terms of the sentences, Senator
Ruiz, let me just say this.  I think, most
respectfully, you were just incorrect.  We have
passed mandatory sentencing, and that has caused
some problems in the courts because every once in
a while, through misunderstanding, we have had
people from out of town, out of the state come in
and get caught with a firearm that they were
licensed for or they had a right to in some way,
and they find out they violated New York laws,
and our DAs have been stuck with a mandatory
prison term.  So people aren't receiving light
sentences for possession of guns.  As a matter of
fact, there are mandatory minimums in that regard.

But I suggest to you that one of
the most dangerous things that we could do in
this legislative session would be to open up the
door to untrained people having more and more
guns within the city of New York.  That is not
going to take guns away from the bad guys.  It is

not going to keep the criminals off the streets.
It is just going to increase the number of guns
to be stolen, the number of guns that are
available, and the number of innocent people who
now will be injured because they think that
having this gun around is some sort of a benefit.

The city of New York very strongly
opposes this legislation. It is dangerous
legislation for the city of New York, and I hope
it gets defeated.

SENATOR WEINSTEIN: Mr. President.

ACTING PRESIDENT FARLEY: Senator
Stavisky.

SENATOR STAVISKY: Senator Volker,
I wonder if you would yield for a question or two.
Would the sponsor yield?

SENATOR VOLKER: Yes.

SENATOR STAVISKY: Senator, I
heard your persuasive arguments that you are
seeking to establish objective standards before
firearms are issued; and you have suggested that
before a handgun is issued -- a handgun permit is
issued that you check to see if the individual

2484

has a history of mental instability or a history
of conviction for felony, especially for serious
felonies involving attacks upon persons or
property.

I would like to see if we can come
closer to each other.  And I ask you, Senator
Volker, would you be willing to consider the
application of these reasonable standards, as you
have described them, to all firearms in the State
of New York, whether handguns or rifles or
shotguns?  Maybe we could come up with a
comprehensive piece of responsible firearms
legislation.  Would you been willing to defer
this bill and work with us in developing such a
comprehensive firearms bill for all such weapons
in the state?

SENATOR VOLKER:  Senator, you
obviously know the answer to that question.

SENATOR STAVISKY:  I would never
pre-judge.

SENATOR VOLKER:  Pardon.

SENATOR STAVISKY:  I would never
pre-judge your answer.

2485

            SENATOR VOLKER:  Obviously, what

you are indicating -- first of all, I would

question whether the Mayor of the city of New

York, given the policy of the city of New York,

would in any way, shape, form or manner agree

with you.  Remember that the rational policy of

the city of New York right now is to try in

whatever way they can to avoid the present law

and not issue licenses virtually unless they are

forced to do so.

            Secondly, Senator, I know of no

really rational reason why we should include

rifles and shotguns and so forth under a

licensing provision and we should back into

something like that.  First of all, I think it

would be virtually unenforceable.  Secondly, to

go back to that sort of thing, obviously the

sportsmen would vehemently oppose it, and I think

with good reason.

            And while I am answering the

question, Senator, I would only point out to you

that the facts have shown that the amount of

recent killings in recent years by knives and

2486

clubs and hands have increased far more

enormously than they have with handguns.  I'd just

like to point that out.

SENATOR STAVISKY:  Senator Volker,

I think that you would not disagree that if one

individual aimed a firearm, long gun or handgun

at another individual and pulled the trigger that

the death or injury would be comparable in either

case; that rifles or shotguns kill exactly in the

same manner as handguns kill.  And I am surprised,

Senator Volker, that you would not accept the

incvidentability of death if someone pointed a

long gun or a handgun at another individual and

pulled the trigger.

I think that what this indicates

is that there is a degree of hypocrisy in the

proposition that we will apply objective

standards to handgun licenses and we will not

apply objective standards to the issuance of

rifles or shotguns anywhere in the state with the

possible exception of the five boroughs where

there is some attempt.  You can purchase a rifle

or a shotgun anywhere in the state.  All they ask

2487

you is, do you have enough money to buy that rifle
or shotgun, and that weapon is as capable of
killing as a handgun.

          And the day that you come to us
and say that you will not quake because the
National Rifle Association is lobbying this
Legislature, the day that you come and say, "Let
us reason together with a comprehensive firearms
policy for the entire state where we don't want
any firearms in the hands of individuals who
could kill with those weapons because they have a
record of criminal conviction, because they are
mentally unbalanced, because there are other good
and compelling reasons why these individuals
should not have firearms," then you, Senator
Volker, and those of us who oppose your bill will
have reached a consensus with respect to a
responsible statewide policy.

          I don't see that happening here.
There is nothing in your bill that will prevent
the theft of a firearm, which has already been
pointed out on this floor.  There is nothing in
your bill that will prevent the individual given

2488

the handgun from showing it off and accidentally
killing or maiming someone else.  There is
nothing in your bill that will prevent a child
from having access to that legal handgun, and the
child is not licensed but the parent leaves it
around carelessly in the apartment, and the child
has not been trained in the use of a firearm, and
that child kills himself or another child.  There
is nothing in the legislation that prevents that.

And there is nothing in the
legislation that you propose that prevent the
largest cause of death in these United States.
In moments of passion, unreasoning passion,
people kill families and friends with firearms
that are available to them in their homes --
legal firearms or illegal firearms.  The
availability of a firearm including a legal
firearm still leads to death and injury in this
country.

Senator Volker, we have killed
more people in the United States with firearms,
here within our 50 states in the course of
American history than we have lost on all of the

2489

battlefields in all of the wars that the United
States has been involved in in the course of the
past 200 years, and I believe that that issue has
to be addressed, not because we disagree with you
or your desire to have objective standards but
because we wish to reason with you on a truly
comprehensive firearm policy affecting all
weapons in the State of New York.

For these reasons, Senator Volker,
I will vote against your bill, and I hope that
others do the same thing.

ACTING PRESIDENT FARLEY:   Senator
Weinstein.

SENATOR WEINSTEIN:   Mr. President.
I will be brief because everything I wanted to
say on this legislation really has been said
eloquently by my colleagues Senator Gold, Senator
Stavisky, Senator Leichter.   But I did want to
comment just a bit.

We have the opportunity each day
that we're here to vote on a series of bills,
legislation.   Some of them have some meaning.
Sometimes we have agenda I would label as silly.

2490

But I think that the agenda that we seem to be
facing today, this legislation as well as
legislation we will be debating in a little while,
cameras in the courtroom, can be labeled in my
judgment as dangerous.

This is a dangerous bill, Mr.
President. It is dangerous because it will do
exactly the opposite of that which the sponsor
intends. We have seen it all too often,
especially in the city of New York. Individuals,
even those who are licensed to carry weapons, are
involved in mishaps and accidents that have cost
the lives of family members or have resulted in
unintentional shootings.

We are a strange breed, the human
being, when we can fight over a parking space or a
traffic accident and that can result in the death
of participants because of the anger and emotion
and the outrage. We see it all the time, Senator
Volker, in the city of New York. It's a strange
phenomena, but it happens. And an individual
takes out that licensed weapon in a fit of rage
and causes the death of another individual.

2491

We read in the papers every day of the accidental death of the youngster who finds the gun in the closet and it's loaded, and there are no precautions and there is no safety, and that child kills himself or his brother or a friend. The child brings guns to school. Who knows what could happen in those types of instances.

And it was mentioned before. Licensees may not commit crimes, but their guns ultimately do because they are stolen or they are taken away from them, and that's where the danger lies. The city of New York I think has taken a very strong and positive position against the licensure of weapons. And if we are going to protect lives, then we must stand with them. And I would ask that you respect and recognize the desire of the people of the city of New York to live as best they can in a society, in a civilized society, free from this type of danger, a danger that will only be added to and worsened by the passage of this legislation.

ACTING PRESIDENT FARLEY: Read the

last section.

SENATOR GOLD:   Slow roll call.

THE SECRETARY:   Section 2.   This
act shall take effect on the 1st day of November.

ACTING PRESIDENT FARLEY:   Slow
roll has been asked for.   There are five standing.
Ring the bell.

THE SECRETARY:   Senator Anderson.
Aye.   Senator Babbush.

(There was no response.)

Senator Bartosiewicz.

SENATOR BARTOSIEWICZ:   No.

THE SECRETARY:   Senator Bernstein.

SENATOR BERNSTEIN:   No.

THE SECRETARY:   Senator Bruno.

ACTING PRESIDENT FARLEY:   Senator
Bruno, how do you vote?

SENATOR BRUNO:   Yes.

THE SECRETARY:   Senator Connor.

(There was no response.)

ACTING PRESIDENT FARLEY:   The
sergeant-at-arms will try to gather up the
Senators.

PAULINE E. WILLIMAN
CERTIFIED SHORTHAND REPORTER

2493

THE SECRETARY:  Senator Cook.

SENATOR COOK:  Yes.

THE SECRETARY:  Senator Daly,

excused. Senator Donovan.

(There was no response.)

Senator Dunne.

SENATOR DUNNE:  Yes.

THE SECRETARY:  Senator Farley.

SENATOR FARLEY:  Yes.

THE SECRETARY:  Senator Floss.

(There was no response.)

Senator Galiber.

(There was no response.)

Senator Gold.

SENATOR GOLD:  No.

THE SECRETARY:  Senator Goodhue.

SENATOR GOODHUE:  Yes.

THE SECRETARY:  Senator Goodman.

(There was no response.)

Senator Halperin.

SENATOR HALPERIN:  No.

THE SECRETARY:  Senator Hoffmann.

SENATOR HOFFMANN:  Yes.

2494

THE SECRETARY: Senator Jenkins.

SENATOR JENKINS: No.

THE SECRETARY: Senator Johnson.

SENATOR JOHNSON: Aye.

THE SECRETARY: Senator Kehoe.

SENATOR KEHOE: Yes.

THE SECRETARY: Senator Knorr.

SENATOR KNORR: Aye.

THE SECRETARY: Senator Kuhl.

SENATOR KUHL: Yes.

THE SECRETARY: Senator Lack.

SENATOR LACK: Aye.

THE SECRETARY: Senator LaValle.

(There was no response.)

Senator Leichter.

SENATOR LEICHTER: No.

THE SECRETARY: Senator E. Levy.

(There was no response.)

Senator Norman Levy.

SENATOR N. LEVY: Aye.

THE SECRETARY: Senator Lombardi.

SENATOR LOMBARDI: Aye.

THE SECRETARY: Senator Marchi.

2495

(There was no response.)

Senator Marino.

SENATOR MARINO:  Yes.

THE SECRETARY:  Senator Markowitz.

SENATOR MARKOWITZ:  No.

THE SECRETARY:  Senator Masiello.

(There was no response.)

Senator McHugh.

SENATOR McHUGH:  Yes.

THE SECRETARY:  Senator Mega.

SENATOR MEGA:  Yes.

THE SECRETARY:  Senator Mendez.

SENATOR MENDEZ:  No.

THE SECRETARY:  Senator Montgomery.

SENATOR MONTGOMERY:  No.

THE SECRETARY:  Senator Nolan.

(There was no response.)

Senator Ohrenstein.  In the

negative.  Senator Onorato.

SENATOR ONORATO:  No.

THE SECRETARY:  Senator

Oppenheimer.

SENATOR OPPENHEIMER:  Yes.

2496

THE SECRETARY:  Senator Padavan.

SENATOR PADAVAN:  Yes.

THE SECRETARY:  Senator Paterson.

SENATOR PATERSON:  Mr. President.

ACTING PRESIDENT FARLEY:  Senator
Paterson to explain his vote.

SENATOR PATERSON:  This may be a
surprise vote.  No.

ACTING PRESIDENT FARLEY:  Senator
Paterson is in the negative.  Continue the roll.

SENATOR GOLD:  Mr. President.

ACTING PRESIDENT FARLEY:  Senator
Oppenheimer, did you vote in the affirmative?

SENATOR OPPENHEIMER:  I wasn't
paying attention.  If you would excuse me, I
would like to be recorded in the negative with
unanimous consent.

ACTING PRESIDENT FARLEY:  Senator
Oppenheimer is in the negative without objection.

THE SECRETARY:  Senator Perry.

SENATOR PERRY:  No.

THE SECRETARY:  Senator Present.

SENATOR PRESENT:  Aye.

PAULINE E. WILLIMAN
CERTIFIED SHORTHAND REPORTER

2497

THE SECRETARY:  Senator
Quattrociocchi.

SENATOR QUATTROCIOCCHI:  Yes.

THE SECRETARY:  Senator Rolison.

SENATOR ROLISON:  Yes.

THE SECRETARY:  Senator Ruiz.

SENATOR RUIZ:  Yes.

THE SECRETARY:  Senator
Schermerhorn.

SENATOR SCHERMERHORN:  Yes.

THE SECRETARY:  Senator Seward.

SENATOR SEWARD:  Yes.

THE SECRETARY:  Senator Skelos.

SENATOR SKELOS:  Yes.

THE SECRETARY:  Senator Solomon.

SENATOR SOLOMON:  No.

THE SECRETARY:  Senator Spano.

(There was no response.)

Senator Stachowski.

SENATOR STACHOWSKI:  Yes.

THE SECRETARY:  Senator Stafford.

(There was no response.)

Senator Stavisky.

SENATOR STAVISKY:  No.

THE SECRETARY:  Senator Trunzo.

SENATOR TRUNZO:  Yes.

THE SECRETARY:  Senator Tully.

(There was no response.)

Senator Velella.

SENATOR VELELLA:  Yes.

THE SECRETARY:  Senator Volker.

SENATOR VOLKER:  Yes.

THE SECRETARY:  Senator Weinstein.

SENATOR WEINSTEIN:  No.

ACTING PRESIDENT FARLEY:

Absentees.

THE SECRETARY:  Senator

Bartosiewicz.  Excuse me.  Senator Babbush.

SENATOR BABBUSH:  No.

THE SECRETARY:  Senator Connor.

(There was no response.)

Senator Donovan.

(There was no response.)

Senator Floss.

(There was no response.)

Senator Galiber.

2499

(There was no response.)

Senator Goodman.

SENATOR GOODMAN: No.

THE SECRETARY:   Senator Floss.

SENATOR FLOSS: Aye.

THE SECRETARY:   Senator LaValle.

SENATOR LAVALLE: Yes.

THE SECRETARY:   Senator Eugene

Levy.

SENATOR LEVY: Aye.

THE SECRETARY:   Senator Marchi.

(There was no response.)

Senator Masiello.

SENATOR MASIELLO: No.

THE SECRETARY:   Senator Nolan.

(There was no response.)

Senator Spano.

(There was no response.)

Senator Stafford.

(There was no response.)

Senator Tully.

(There was no response.)

ACTING PRESIDENT FARLEY:   Results.