# PISCIONERE & NEMAROW, P.C.
### ATTORNEYS AT LAW

**ANTHONY G. PISCIONERE**

**JERYL LYNN NEMAROW**
ADMITTED NY, FL, OH, DC

363 BOSTON POST ROAD
RYE, NEW YORK
10580-1105
TELEPHONE (914) 835-6900
FACSIMILE (914) 835-6931

February 24, 2011

<u>*Via Facsimile – (914) 390-4278*</u>
Hon. Cathy Seibel
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

        Re:    Alan Kachalsky, et al. v. Susan Cacace, et al.
                10-CV-05413 (CS)

Dear Judge Seibel:

        Please be advised that this office was recently retained to represent *amicus* Westchester County Firearms Owners Associations, Inc. We are in receipt of a letter from Assistant Attorney General, Anthony J. Tomari dated February 23, 2011, and a letter from Assistant County Attorney, Melissa-Jean Rotini dated February 24, 2011.

        Please be advised that we filed our Application of *Amicus Curiae* Westchester County's Firearms Owners Associations, Inc. to file an *Amicus* brief and our Brief of *Amicus Curiae* through the Court's ECF System yesterday, a courtesy copy was sent to your attention via FedEx priority overnight delivery. This office was under the impression that yesterday was the final date to file any such *amicus* brief. To the extent that our consent might be considered relevant by the Court, we consent to the State Defendants and County of Westchester's request for fourteen (14) days, should Your Honor grant leave for such filings, to respond to our *amicus* brief.

        I thank you for your time and courtesy in this matter.

Very truly yours,

*Anthony G. Piscionere* /EB
Anthony G. Piscionere

AGP:eb
CC: AAG Anthony John Tomari (Via E-mail)
    Melissa-Jean Rotini, Esq. (Via E-mail)
    AAG Monica Anne Connell (Via E-mail)
    Vincent Gelardi, Esq. (Via E-mail)
    Alan Gura, Esq. (Via E-mail)
    Lloyd M. Eisenberg, Esq. (Via E-Mail)
    David Kopel (Via E-Mail)
    Client

State Defendants' and County of Westchester's request for 14-day extension is hereby granted.

So Ordered.

*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 2/24/11

TOTAL P.02

# PISCIONERE & NEMAROW, P. C.
## ATTORNEYS AND COUNSELLORS AT LAW

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| HON. CATHY SEIBEL | ANTHONY G. PISCIONERE, ESQ. |
| **FAX NUMBER:** | **DATE:** |
| (914) 390-4278 | FEBRUARY 24, 2011 |
| **COPY TO:** | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **FAX NUMBER:** | **SENDER'S REFERENCE NUMBER:** |

Re: Alan Kachalsky, et al. v. Susan
    Cacace, et al.
    Case No.: 10-CV-05413 (CS)

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY

NOTES/COMMENTS:

Please see attached.

Thank you.

**IMPORTANT NOTICE:** The accompanying fax transmission is intended to be viewed and read only by the individual or entity named above. If you are not the intended recipient so named, you are prohibited from reading this transmission. You are also notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us by the U.S. Postal Service. Thank you.

363 BOSTON POST ROAD • RYE, NEW YORK 10580
PHONE: 914-835-6900 • FAX: 914-835-6931