

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

KENT T. STAUFFER
EXECUTIVE DEPUTY ATTORNEY GENERAL
DIVISION OF STATE COUNSEL

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

February 23, 2011

**By Facsimile Transmission - (914) 390-4278**

Hon. Cathy Seibel
United States District Court Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

        Re:    Alan Kachalsky, et al. v. , Susan Cacace, et al.
               10 CV 5413 (CS)

Dear Judge Seibel:

This office represents Susan Cacace, Jeffrey A. Cohen, Albert Lorenzo and Robert K. Holdman, all of whom are New York State court judges (collectively "State Defendants"), in this litigation challenging the constitutionality of New York's handgun licensing statute. This letter is submitted in accordance with your individual practices 1 (A) and (C) to address the recent *amicus* applications of two gun ownership advocacy groups.

At approximately 9:30 am today, our office received a request from the Academics for the Second Amendment and Long Island Second Amendment Preservation Foundation Association seeking the State Defendants' consent to file an amicus brief in this case. Later in the afternoon, the Westchester County Firearms Owners Association filed a motion to file an amicus brief (Docket No. 50) without prior notification of any kind. These applications were made on the day the extensive briefs and supporting materials, of the motions to dismiss and motions for summary judgment, were electronically filed pursuant to this Court's order, and two (2) weeks after plaintiffs' final brief was served.

The proposed *amici* have not explained the reason for the extreme lateness of their filings, or the lack of notice. The timing of the applications has denied the State Defendants any opportunity to

Page 2

respond to the factual representations or legal arguments asserted therein. Regardless, in lieu of opposing such applications, in accordance with the time frame established in Rule 6.1 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, State Defendants request fourteen (14) days from the date this Court grants leave for such filings, to respond to new matters asserted in those briefs.

Thank you for your attention to this matter. All parties and proposed *amici* will receive a copy of this letter simultaneously by e-mail.

Very truly yours,

Anthony J. Tomari
Assistant Attorney General

Copy:

Melissa-Jean Rotini, Esq.
Assistant County Attorney, Of Counsel
Westchester County Attorney's Office
<u>Attorneys for Defendant County of Westchester</u>
Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601
T: 914-995-3630
F: 914-995-3132

Vincent Gelardi
Gelardi & Randazzo
<u>Attorneys For Plaintiffs</u>
800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
T: (914)-251-9603
F: 914-253-0909

Alan Gura, Esq.
Gura & Possessky, PLLC
<u>Attorneys for Plaintiff</u>
101 N. Columbus Street, Suite 405
Alexandria, Virginia 22314
T: (703) 835-9085
F: (703) 997-7665

Page 3

Lloyd M. Eisenberg, Esq.
Eisenberg & Carton
Attorneys for proposed *Amicus* Academics for the Second Amendment
and Long Island Second Amendment Preservation Foundation Association
2631 Merrick Road, Suite 201
Bellmore, New York 11710
(516) 221-3700

Anthony G. Piscionere, Esq.
Piscionere & Nemarow, P.C.
Attorneys for proposed *Amicus* Westchester
County Firearms Owners Associations, Inc.
363 Boston Post Road
Rye, New York 10580
(914) 835-6900
(914) 835-6931 fax

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ERIC T. SCHNEIDERMAN

# FACSIMILE TRANSMISSION

**DATE:** February 23, 2011     **NUMBER OF PAGES:** 4   (INCLUDING THIS PAGE)

**TO:** Hon. Judge Seibel     **FAX NO:** (914) 390-4278

**FROM:** Anthony Tomari, Assistant Attorney General

**ATTN:**

*IF THERE IS A PROBLEM WITH THIS TRANSMISSION, PLEASE CONTACT*
**NAME: Anthony J. Tomari, Assistant Attorney General**
**PHONE NO.(212) 416-8553     FAX NO. (212-) 416-6075  E-Mail: Anthony.Tomari@oag.state.ny.us**

### CONFIDENTIAL

The information contained in this facsimile is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this is strictly prohibited.

*IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,*
*PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE. THANK YOU.*
*120 BROADWAY, NEW YORK, NY 10271-0332*

OAG 007 (12/98)