

**Robert P. Astorino**
County Executive

Robert F. Meehan
County Attorney

February 24, 2011

*VIA FACSIMILE: 914-390-4278*

Hon. Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant, Jr. Federal
Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:   *Kachalsky, et al v. Cacace, et al*
           Case No.: 10-cv-05413

Dear Judge Seibel:

      This office represents the County of Westchester ("County") in the above-referenced matter. I am in receipt of the proposed *amicus* briefs discussed in the State Defendants' letter dated February 23, 2011, and have reviewed the same.

      The County hereby joins in the State Defendants' request for time to respond to the *amicus* should Your Honor grant leave to file to the Academics for the Second Amendment, LI Second Amendment Preservation Foundation Association, and the Westchester County Firearms Association. Thank you.

                        Respectfully Submitted,



                        Melissa-Jean Rotini
                        Assistant County Attorney, Of Counsel
                        914-995-3630

cc:  *Via Electronic Mail*
     Anthony J. Tomari, Esq.- Anthony.Tomari@ag.ny.gov
     Alan Gura, Esq.- alan@gurapossessky.com
     Lloyd M. Eisenberg, Esq.- leisenberg@eisenbergcarton.com
     Anthony G. Piscionere, Esq.- eileen@pnesqs.net

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601     Telephone: 914-995-2660     Fax: 914-995-3132*
                                        *Please be advised that service by facsimile is not accepted.



Westchester
gov.com

**Facsimile**
**Department of Law**

|  |  |
|---|---|
| **From:** | Melissa-Jean Rotini |
|  | Assistant County Attorney, Of Counsel |
|  | Westchester County Department of Law |
| Fax Number: | 914-995-3132 |
| Voice Phone: | 914-995-3630 |

|  |  |
|---|---|
| **To:** | Hon. Cathy Seibel |
| Company: | United States District Court Judge |
| Fax Number: | 914 390-4278 |
| Voice Phone: | [Click here and type number] |

|  |  |
|---|---|
| **cc:** | [Click here and type number] |
|  | [Click here and type number] |
|  | [Click here and type number] |

|  |  |
|---|---|
| **Re:** | **Kachalsky, et. al. v. Cacace, et. al.** |
|  | **Case No. 10 CV 05413** |

|  |  |
|---|---|
| Date/Time: | Thursday, February 24, 2011 |
| Pages: | 1 (including cover sheet) |

---

**Fax Notes:**

Notice: This facsimile, its content, and any and all attachments to it, contain privileged and confidential information intended for the sole and exclusive use of the intended recipient(s). If you are not the intended recipient, or an agent thereof responsible for delivering facsimiles to the intended recipient, you are hereby notified that reading, copying, saving, distributing, and/or any other usage of this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately return it to the sender, delete it from your system, and destroy any copies in your possession. If you have any questions about this notice, please contact the sender at 914-995-3630. Thank you.