IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | | |
|---|---|---|
| ALAN KACHALSKY, et al., | : | Case No. 10-CV-05413-CS |
| | : | |
| Plaintiffs, | : | NOTICE OF NEWLY DECIDED AUTHORITY |
| | : | |
| v. | : | |
| | : | |
| SUSAN CACACE, | : | |
| | : | |
| Defendants. | : | |
| | : | |

-----------------------------------------------------X

NOTICE OF NEWLY DECIDED AUTHORITY

TO THE HONORABLE COURT AND ALL PARTIES, please take notice that on April 15, 2011, the Court of Appeals for the District of Columbia Circuit reversed the opinion in *Hodgkins* v. *Holder*, 677 F. Supp. 2d 202 (D.D.C. 2010).

Defendants relied heavily on *Hodgkins* for the proposition that Plaintiffs lack standing. The D.C. Circuit has now rejected Defendants' standing theories, as embodied in that decision. A copy of the D.C. Circuit's opinion is attached hereto as Exhibit A.

Dated: April 15, 2011                           Respectfully submitted,

Alan Gura*                                      Vincent Gelardi
Gura & Possessky, PLLC                          Gelardi & Randazzo
101 N. Columbus Street, Suite 405               800 Westchester Avenue, Suite S-608
Alexandria, VA 22314                            Rye Brook, NY 10573
703.835.9085/Fax 703.997.7665                   914.251.0603/Fax 914.253.0909
Lead Counsel                                    Local Counsel
*Admitted Pro Hac Vice

                        By:  /s/ Alan Gura
                             Alan Gura

                             Attorneys for Plaintiffs