UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC
DETMER, JOHNNIE NANCE, ANNA MARCUCCI-NANCE,
and SECOND AMENDMENT FOUNDATION, INC.,

                Plaintiffs,

      - against -

SUSAN CACACE, JEFFREY A. COHEN, ALBERT
LORENZO, ROBERT K. HOLDMAN, and COUNTY OF
WESTCHESTER,

                Defendants.
------------------------------------------------------------------x

**ORDER**

No. 10-CV-5413 (CS)

Seibel, J.

      Third parties Westchester County Firearm Owners Association, Inc., Academics for the Second Amendment, and LI Second Amendment Preservation Association have applied to the Court to file briefs as *amici curiae* in the above-captioned case. Given the Court's broad discretion in deciding whether to accept *amicus* briefs, *see City of N.Y. v. United States*, 971 F. Supp. 789, 791 n.3 (S.D.N.Y. 1997), I hereby GRANT the instant motions. The Clerk of Court is respectfully directed to terminate Docs. 50 and 68.

**SO ORDERED.**

Dated: August 16, 2011
       White Plains, New York

                                            CATHY SEIBEL, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: