IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC DETMER, JOHNNIE NANCE, ANNA MARCUCCI-NANCE, and SECOND AMENDMENT FOUNDATION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>SUSAN CACACE, JEFFREY A. COHEN, ALBERT LORENZO, ROBERT K. HOLDMAN, and COUNTY OF WESTCHESTER,<br><br>Defendants. | Case No. 10-CV-05413-CS |

---------------------------------------------------------------------X

AMENDED NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Alan Kachalsky, Christina Nikolov, Eric Detmer, Johnnie Nance, Anna Marcucci-Nance, and Second Amendment Foundation, Inc., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the order denying plaintiffs' motion for summary judgment, granting the individual defendants' motion for summary judgment, granting defendant County summary judgment, and entering final judgment in this action on the 2nd day of September, 2011, and the final judgment entered September 7, 2011.

Dated: September 13, 2011

Alan Gura*
Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
*Admitted Pro Hac Vice

Attorneys for Plaintiffs

Respectfully submitted,

Vincent Gelardi
Gelardi & Randazzo
800 Westchester Avenue, Suite S-608
Rye Brook, NY 10573
914.251.0603/Fax 914.253.0909

By: /s/ Vincent Gelardi
    Vincent Gelardi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
ALAN KACHALSKY, CHRISTINA NIKOLOV, ERIC
DETMER, JOHNNIE NANCE, ANNA MARCUCCI-
NANCE, and SECOND AMENDMENT FOUNDATION,
INC.,

    10 CV 05413 (CS)
    JUDGMENT

                              Plaintiffs,

    -against-


SUSAN CACACE, JEFFREY A COHEN, ALBERT
LORENZO, ROBERT K. HOLDMAN, and COUNTY
OF WESTCHESTER,
                              Defendants.
------------------------------------------------X

        Whereas the above entitled action having been assigned to the Honorable Cathy Seibel, U.S.D.J., and the Court thereafter on September 2, 2011, having handed down an Opinion and Order (Docket #80), denying the State Defendants' and the County's Motions to dismiss, denying Plaintiffs' Motion for Summary Judgment, and granting the State defendants' Cross-Motion for Summary Judgment, it is,

        ORDERED, ADJUDGED AND DECREED: that the Court denies the State Defendants' and the County's Motions to Dismiss, denies Plaintiffs' Motion for Summary, and grants the defendants' Cross-Motion for Summary Judgment, and although the County has not moved for summary judgment, the Court also grants the County Summary Judgment sua sponte. Accordingly, Judgment is entered in favor of defendants, and the case is hereby closed.

Dated: White Plains, New York
       September 7, 2011

                                                                    Ruby Krajick - Clerk

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER )

I, Joyce McClay, being duly sworn, say: I am not a party to the action, am over eighteen (18) years of age and am an employee of Gelardi & Randazzo LLP, 800 Westchester Avenue, Suite S-608, Rye Brook, New York 10573.

On the 14th day of September, 2011 I served a true copy of the within Amended Notice of Appeal by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addressees as indicated below:

To:   Anthony Tomari
      Assistant Attorney General
      120 Broadway – 24th Floor
      New York, New York   10271

      Melissa Rotini
      Assistant County Attorney
      148 Martine Avenue
      White Plains, New York   10601

_____
Joyce McClay

Sworn to before me this
14th day of September, 2011

_____
Notary Public

VINCENT GELARDI
Notary Public, State of New York
No. 4897505
Qualified in Westchester County
Commission Expires 6/8/2014