UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ALAN KACHALSKY, CHRISTINA NIKOLOV,    10 Civ. 5413 (CS)(GAY)
ERIC DETMER, JOHNNIE NANCE, ANNA
MARCUCCI-NANCE, and SECOND AMENDMENT   NOTICE OF APPEAL
FOUNDATION, INC.,                      IN A CIVIL CASE

     Plaintiffs,

  -against-

SUSAN CACACE, JEFFREY A. COHEN,
ALBERT LORENZO, ROBERT K. HOLDMAN,
and COUNTY OF WESTCHESTER,

     Defendants.
------------------------------------------x

Notice is hereby given that the Defendant County of Westchester hereby appeals to the United States Court of Appeals for the Second Circuit from that portion of the Judgment entered in this action on the 7th day of September, 2011 which denied the County of Westchester's motion to dismiss.

THOMAS G. GARDINER (TGG 7305)
Sr. Assistant County Attorney
600 Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601
(914) 995-3652

DATED: September 22, 2011